# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 5:15-cv-156 |
| CHAD BAREFOOT, in his official capacity, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs.

Date:   04/10/2015

/s/Anita S. Earls
*Attorney's signature*

Anita S. Earls, N.C. Bar No. 15597
*Printed name and bar number*

Southern Coalition for Social Justice
1415 W. NC Highway 54, Ste. 101
Durham, NC  27707-5598
*Address*

anita@scsj.org
*E-mail address*

(919) 794-4198
*Telephone number*

(919) 323-3942
*FAX number*