IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION NO. 5:15-cv-156

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, INC, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERVIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D.VANDENBERGH, JOHN G.VANDENBERGH, AMY WOMBLE, and PERRY WOODS, <br><br> *Plaintiffs,* <br><br> *vs.* <br><br> CHAD BAREFOOT, in his official capacity as Senator and Primary Sponsor of Senate Bill 181, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; and THE WAKE COUNTY BOARD OF ELECTIONS, <br><br> *Defendants.* | **NOTICE OF VOLUNTARY DISMISSAL** <br><br> Pursuant to Fed. R. Civ. P. 41(a)1(A)(i) |

Pursuant to Rule 41(a)1(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs hereby give notice that their claims in this action are voluntarily dismissed without prejudice against defendants CHAD BAREFOOT, PHILIP E. BERGER and TIM MOORE, all sued originally in their official capacities.

This the 5th day of June, 2015.

/s/ Anita S. Earls_____
Anita S. Earls (State Bar # 15597)
Southern Coalition for Social Justice
1415 Highway 54, Suite 101

Durham, NC 27707
Telephone: 919-794-4198
Facsimile: 919-323-3942
E-mail: anita@southerncoalition.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record.

Additionally, I have served electronic copies by email to the following:

Charles F. Marshall
Brooks Pierce
150 Fayetteville St., Ste. 1600
Raleigh, NC 27601
cmarshall@brookspierce.com

Counsel for Wake County Board of Elections


This the 5th day of June, 2015.

/s/ Anita S. Earls
Anita S. Earls
N.C. State Bar No. 15597
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
Email: Anita@southerncoalition.org
*Counsel for Plaintiffs*