IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-CV-156-BO

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, INC, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERWIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D. VANDENBERGH, JOHN G. VANDENBERGH, AMY WOMBLE, and PERRY WOODS,<br><br>        Plaintiffs,<br><br>v.<br><br>CHAD BAREFOOT, in his official capacity as Senator and Primary Sponsor of Senate Bill 181, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; and THE WAKE COUNTY BOARD OF ELECTIONS,<br><br>        Defendants. | NOTICE OF APPEARANCE |

COMES NOW the undersigned, Charles F. Marshall, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Defendant Wake County Board of Elections.

This the 16th day of June, 2015.

                /s/ Charles F. Marshall
                Charles F. Marshall
                N.C. State Bar No. 23297
                BROOKS, PIERCE, McLENDON,
                  HUMPHREY & LEONARD, L.L.P.
                1600 Wells Fargo Capitol Center
                150 Fayetteville Street
                Raleigh, NC 27601
                Telephone:   (919) 573-6247
                Fax:          (336) 232-9047
                cmarshall@brookspierce.com
                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

> Anita S. Earls
> Southern Coalition for Social Justice
> 1415 West Highway 54, Suite 101
> Durham, NC 27707
> 919-323-3380 x115
> Fax: 919-323-3942
> Email: anita@southerncoalition.org
> *Counsel for Plaintiffs*

      Respectfully Submitted,

      /s/ Charles F. Marshall
      Charles F. Marshall

      **BROOKS, PIERCE, McLENDON,**
       **HUMPHREY & LEONARD, L.L.P.**
      1600 Wells Fargo Capitol Center
      150 Fayetteville Street
      Raleigh, NC 27601
      Telephone: (919) 573-6247
      Fax: (336) 232-9047
      cmarshall@brookspierce.com
      *Attorney for Defendant*