IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-CV-156-BO

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, INC, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERWIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D. VANDENBERGH, JOHN G. VANDENBERGH, AMY WOMBLE, and PERRY WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>CHAD BAREFOOT, in his official capacity as Senator and Primary Sponsor of Senate Bill 181, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; and THE WAKE COUNTY BOARD OF ELECTIONS,<br><br>Defendants. | **NOTICE OF APPEARANCE** |

COMES NOW the undersigned, Matthew B. Tynan, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Defendant Wake County Board of Elections.

This the 16th day of June, 2015.

/s/ Matthew B. Tynan
Matthew B. Tynan
N.C. State Bar No. 47181
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
230 North Elm Street
Suite 2000
Post Office Box 26000
Greensboro, NC 27401
Telephone: (336) 271-3171
Fax: (336) 232-9171
mtynan@brookspierce.com
*Attorney for Defendant*

CERTIFICATE OF SERVICE

   I hereby certify that on June 16, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

> Anita S. Earls
> Southern Coalition for Social Justice
> 1415 West Highway 54, Suite 101
> Durham, NC 27707
> 919-323-3380 x115
> Fax: 919-323-3942
> Email: anita@southerncoalition.org
> *Counsel for Plaintiffs*

          Respectfully Submitted,

          /s/ Matthew B. Tynan
          Matthew B. Tynan
          N.C. State Bar No. 47181
          BROOKS, PIERCE, McLENDON,
           HUMPHREY & LEONARD, L.L.P.
          230 North Elm Street
          Suite 2000
          Post Office Box 26000
          Greensboro, NC 27401
          Telephone: (336) 271-3171
          Fax:    (336) 232-9171
          mtynan@brookspierce.com
          *Attorney for Defendant*