IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:15-CV-156-BO

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, INC, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERWIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D. VANDENBERGH, JOHN G. VANDENBERGH, AMY WOMBLE, and PERRY WOODS, <br><br> Plaintiffs, <br><br> v. <br><br> CHAD BAREFOOT, in his official capacity as Senator and Primary Sponsor of Senate Bill 181, PHILIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate, TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives; and THE WAKE COUNTY BOARD OF ELECTIONS, <br><br> Defendants. | PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO AMENDED COMPLAINT |

This matter is before the Court on the Wake County Board of Elections' Motion to Extend Time to Answer or Otherwise Respond to Amended Complaint, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure. Upon due consideration, the Court finds that the time allowed for responding has not expired, and that good cause exists and the motion should be allowed.

IT IS THEREFORE ORDERED that the time for Defendant Wake County Board of Elections to answer or otherwise respond to Plaintiffs' Amended Complaint is extended to and including August 3, 2015.

This the ___ day of June, 2015.

                                                      _____
                                                      The Honorable Terrence W. Boyle
                                                      United States District Judge

2

Case 5:15-cv-00156-D   Document 25-1   Filed 06/17/15   Page 2 of 2