IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-156-D

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, INC, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERWIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D. VANDENBERGH, JOHN G. VANDENBERGH, AMY WOMBLE, and PERRY WOODS<br><br>Plaintiffs,<br><br>v.<br><br>THE WAKE COUNTY BOARD OF ELECTIONS,<br><br>Defendant. | **ORDER** |

The court will hold a scheduling conference at 2:00 p.m. on Thursday, October 1, 2015, in courtroom one of the Terry Sanford Federal Building, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 24 day of September 2015.

JAMES C. DEVER III
Chief United States District Judge