IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:15-cv-156

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASS'N, et al., | ) ) ) ) | |
| *Plaintiffs*, | ) ) | **NOTICE OF APPREARANCE BY ALLISON** |
| v. | ) ) | **RIGGS ON BEHALF OF PLAINTIFFS** |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) ) | |
| *Defendant*. | ) ) | |

PLEASE TAKE NOTICE that Allison J. Riggs, of the Southern Coalition for Social Justice, hereby files this Notice of Appearance as counsel for Plaintiffs Raleigh Wake Citizens Association, Jannet B. Barnes, Beverley S. Clark, William B. Clifford, Brian Fitzsimmons, Greg Flynn, Dustin Matthew Ingalls, Amy T. Lee, Erwin Portman, Jane Rogers, Barbara Vandenbergh, John G. Vandenbergh, Amygayle L. Womble, and Perry Woods in the above-captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon her at the address below.

Respectfully submitted this 30th day of September, 2015.

/s/ Allison J. Riggs
Allison J. Riggs
N.C. State Bar No. 40028
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942

1

allison@southerncoalition.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day electronically filed the foregoing Notice of Appearance in the above-titled action with the Clerk of the Court using the CM/ECF system, and served the document by mail and electronic mail to the following:

Charles F. Marshall
Matthew B. Tynan
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville St.
Raleigh, NC 27601
cmarshall@brookspierce.com
mtynan@brookspierce.com

*Counsel for Wake County Board of Elections*

This the 30th day of September, 2015.

/s/ Allison J. Riggs
Allison J. Riggs

*Counsel for Plaintiffs*