IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:15-CV-156-D |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) | |
| | | |
| CALLA WRIGHT, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:13-CV-607-D |
| STATE OF NORTH CAROLINA, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

On October 1, 2015, the court held a scheduling conference. As stated in open court, the parties will conduct discovery in this matter in accordance with the Federal Rules of Civil Procedure. The Joint Discovery Plan [D.E. 32] is APPROVED AND ORDERED. Additionally, with the parties' consent, the court CONSOLIDATES Wright, et al. v. State of North Carolina, et al., No. 5:13-CV-607-D with this action.

The trial shall begin at 9:00 a.m. on Wednesday, December 16, 2015, in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina. The court will schedule the pretrial conference in due course.

Any party who makes an appearance after this scheduling order has been entered shall be required to confer with opposing counsel within ten days after the party's appearance in the case. Such party will be bound by this order unless the party successfully petitions the court to amend this order.

SO ORDERED. This __1__ day of October 2015.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge