

**RECEIVED**
OCT 29 2015 NB

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

October 26, 2015

Anita Earls
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101,
Durham, NC 27707

Re: Raleigh Wake Citizens Ass'n, et al., Pltfs. vs. Wake County Board of Elections, Dft. // To: Robert A. Rucho

Case No. 515CV156513CV607

Dear Sir/Madam:

After checking our records and the records of the State of NC, it has been determined that C T Corporation System is not the registered agent for an entity by the name of Robert A. Rucho.

CT was unable to forward.

Very truly yours,


C T Corporation System

Log# 528043377

Sent By Regular Mail

cc: Eastern District of North Carolina - U.S. District Court - Raleigh
    574 Terry Sanford Federal Building,
    310 New Bern Avenue,
    P.O. Box 25670,
    Raleigh, NC 27611-5670

**(Returned To)**

Anita Earls
Southern Coalition for Social Justice
1415 W. Hwy. 54, Ste. 101,
Durham, NC 27707

10/26/2015