CT  150 Fayetteville Street
Box 1011
Raleigh, NC 27601

RALEIGH
NC 275
27 OCT '15
PM 3 L

NEOPOST   FIRST-CLASS MAIL
10/26/2015
US POSTAGE $000.48⁵



ZIP 27601
041L10252468

RECEIVED

OCT 29 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

27611567070

E11W/0214

Case 5:15-cv-00156-D   Document 37-1   Filed 10/29/15   Page 1 of 1