**CT** 150 Fayetteville Street
Box 1011
Raleigh, NC 27601

RECEIVED

OCT 29 2015

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

RALEIGH
NC 275
27 OCT '15
PM 3 L

NEOPOST
10/26/2015
US POSTAGE $000.48



ZIP 27601
041L10252468

27611567070

E11W/0214