IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| RALEIGH WAKE CITIZENS ASSOCIATION, *et al.*, | ) ) ) | |
|---|---|---|
| Plaintiffs, | ) ) | |
| v. | ) ) | 5:15-cv-156 |
| THE WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) ) ) | |

| CALLA WRIGHT, *et al.*, | ) ) | |
|---|---|---|
| Plaintiffs, | ) ) ) | 5:13-cv-607 |
| v. | ) ) | |
| THE WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendants. | ) ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Senator John Chadwick Barefoot, Senator Robert A. Rucho, Representative David Lewis and Representative Paul Stam.

1

This the 3rd day of November, 2015.

                                              NORTH CAROLINA DEPARTMENT OF JUSTICE

                                              /s/ Melissa L. Trippe
                                              Melissa L. Trippe
                                              Special Deputy Attorney General
                                              N.C.State Bar. No. 13739
                                              mtrippe@ncdoj.com
                                              P.O. Box 629
                                              Raleigh, NC 27602
                                              Telephone: 919.716.6900
                                              Facsimile: 919.716.6763

## **CERTIFICATE OF SERVICE**

 I, Melissa L. Trippe, hereby certify that I have this day electronically filed the foregoing APPEARANCE OF COUNSEL with the Clerk of Court using the CM/EFC system which will send notification of such filing to the following:

Anita S. Earls
Southern Coalition for Social Justice
1415 Hwy. 54, Suite 101
Durham, NC  27707
*Counsel for Plaintiffs*

Charles F. Marshall
BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD
Post Office Box 1800
Raleigh, NC  27602
*Counsel for Defendant*

This the 3rd day of November, 2015.

        /s/ Melissa L. Trippe
        Melissa L. Trippe
        Special Deputy Attorney General