IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>      Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>      Defendants. | No. 5:13-cv-607 |

**NOTICE OF APPEARANCE**

  Notice is hereby given of George Eppsteiner's appearance in the above captioned lawsuit on behalf of Plaintiffs. The undersigned requests receipt of all future pleadings, correspondence,

and papers related to the above-captioned lawsuit.

This the 1st day of December, 2015.

/s/ *George E. Eppsteiner*
Anita S. Earls
N.C. State Bar No. 11597
Allison J. Riggs
N.C. State Bar No. 40028
George E. Eppsteiner
N.C. State Bar No. 42812
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
anita@southerncoalition.org
allison@southerncoalition.org
george@southerncoalition.org
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing Notice of Appearance, with service to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

This the 1st day of December, 2015.

/s/ *George E. Eppsteiner*
George E. Eppsteiner
N.C. State Bar No. 42812
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
george@southerncoalition.org
*Counsel for Plaintiffs*

3