**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action**

RALEIGH WAKE CITIZENS
ASSOCIATION, et al.

Plaintiffs,

v.                                                    No. 5:15-cv-156

WAKE COUNTY BOARD
OF ELECTIONS,

Defendant.

CALLA WRIGHT, et al.,

Plaintiffs,

v.                                                    No. 5:13-cv-607

THE STATE OF NORTH CAROLINA,
et al.,

Defendants.

## AMENDED FIRST JOINT STIPULATIONS OF FACT

The parties jointly stipulate to the following facts:

*Wake County population data*

1.      Wake County includes the City of Raleigh and thirteen other municipalities,

geographically distributed as follows:



Wake County Corporate Limits, Wake County GIS,

http://www.wakegov.com/gis/services/Documents/Corp_24x24.pdf (last visited Dec. 8, 2015).

      2.     In 2000, the population of Wake County was 627,846.  Wake County, North

Carolina, U.S. Census Bureau FactFinder,

http://factfinder.census.gov/bkmk/table/1.0/en/DEC/00_SF1/DP1/0500000US37183 (last visited

Dec. 8, 2015).

3.      In 2010, the population of Wake County was 900,993.  Wake County, North Carolina, U.S. Census Bureau QuickFacts, http://quickfacts.census.gov/qfd/states/37/37183.html (last visited Dec. 8, 2015).

4.      In 1999-2000 school year, the student population in the Wake County Public School System was 98,772.  North Carolina Public Schools Statistical Profiles, North Carolina Department of Public Instruction (2001), at 298, http://www.ncpublicschools.org/docs/fbs/resources/data/statisticalprofile/2001profile.pdf.

5.      In 2010, the student population in the Wake County Public School System was 143,289.  Board Meeting Minutes, Wake County Board of Education, at 4 (Feb. 2, 2011), http://webarchive.wcpss.net/about-us/our-leadership/board-of-education/minutes/02-01-2011--minutes.pdf.

6.      In 2012, the Wake County Board of Education considered recommended student assignment maps for the 2013-2014 school year.  Work Session Materials, Wake County Board of Education (Nov. 13, 2012), http://webarchive.wcpss.net/about-us/our-leadership/board-of-education/work-session-materials/11-13-2012--work-session/.

*Wake County Board of Education election data*

7.      Wake County Board of Education members elected from 1999 through 2013, and their political party registrations are as follows:

| Year | Name | Political party registration |
|------|------|------------------------------|
| 1999 | Beverley Clark | Democrat |
| 1999 | Rosa Gill | Democrat |
| 1999 | Tom Oxholm | Unaffiliated |
| 1999 | Susan Parry | Democrat |
| 1999 | Wray Stephens | Unaffiliated |
| 2001 | Bill Fletcher | Republican |
| 2001 | Patti Head | Republican |
| 2001 | Kathryn Quigg | Democrat |

| | | |
|---|---|---|
| 2001 | Amy White | Republican |
| 2003 | Beverley Clark | Democrat |
| 2003 | Rosa Gill | Democrat |
| 2003 | Ron Margiotta | Republican |
| 2003 | Carol Parker | Republican |
| 2003 | Susan Parry | Democrat |
| 2005 | Eleanor Goettee | Democrat |
| 2005 | Patti Head | Republican |
| 2005 | Lori Millberg | Democrat |
| 2005 | Horace Tart | Republican |
| 2007 | Beverley Clark | Democrat |
| 2007 | Rosa Gill | Democrat |
| 2007 | Kevin Hill | Unaffiliated |
| 2007 | Ron Margiotta | Republican |
| 2007 | Anne McLaurin | Democrat |
| 2009 | Debra Goldman | Republican |
| 2009 | Chris Malone | Republican |
| 2009 | Deborah Prickett | Republican |
| 2009 | John Tedesco | Republican |
| 2011 | Susan Evans | Democrat |
| 2011 | Kevin Hill | Unaffiliated |
| 2011 | Christine Kushner | Democrat |
| 2011 | Jim Martin | Democrat |
| 2011 | Keith Sutton | Democrat |
| 2013 | Tom Benton | Democrat |
| 2013 | Zora Felton | Democrat |
| 2013 | Bill Fletcher | Republican |
| 2013 | Monika Johnson-Hostler | Democrat |

Past Election Results, Wake County Board of Elections,

http://www.wakegov.com/elections/data/Pages/pastelectionresults.aspx (last visited Dec. 8,

2015) (see Board of Education Elections on Oct. 9, 2001; Oct. 7, 2003; Oct. 11, 2005; Oct. 9,

2007; Oct. 6, 2009; Oct. 11, 2011; and Oct. 8, 2013; and Runoff Elections on Nov. 6, 2001; Nov.

8, 2005; Nov. 3, 2009; and Nov. 8, 2011); NC Voter Lookup, North Carolina State Board of

Elections, https://enr.ncsbe.gov/voter_search_public/ (last visited Dec. 11, 2015).

       8.     After the 2010 Census, the population deviations for the existing nine single-

member districts of the Wake County Board of Education were as follows:

| District | Deviation | Percentage deviation |
|---|---|---|
| 1 | 11,774 | 11.76% |
| 2 | 15,805 | 15.79% |
| 3 | 5,926 | 5.92% |
| 4 | -3,157 | -3.15% |
| 5 | -13,055 | -13.04% |
| 6 | -28,200 | -28.17% |
| 7 | 19,739 | 19.72% |
| 8 | 18,798 | 18.78% |
| 9 | -27,627 | -27.6% |
| Overall | | 47.89% |

Wake County Schools District Maps and Statistics, WRAL (Apr. 11, 2011),

http://www.wral.com/asset/news/education/wake_county_schools/2011/04/11/9423527/176699-

20110411183243947.pdf.

    9.    In 2011, the Wake County Board of Education hired the Shanahan Law Group to

draft new district boundaries for the Board's nine single-member districts.  Meeting Minutes,

Wake County Board of Education, at 5 (Feb. 15, 2011), http://webarchive.wcpss.net/about-

us/our-leadership/board-of-education/minutes/02-15-2011--minutes.pdf.

    10.    The Wake County Board of Education adopted the Shanahan Law Group's

proposed boundaries in May 2011, effective for the 2011 elections.  Meeting Agenda, Wake

County Board of Education (May 17, 2011), http://webarchive.wcpss.net/about-us/our-

leadership/board-of-education/agendas_schedules/05_17_2011-agenda.html.

    11.    The Shanahan Law Group's proposed boundaries for the Wake County Board of

Education's nine single-member districts that were adopted by the Board are shown below:



Wake County School Board Districts & Precincts, Wake County GIS,

http://www.wakegov.com/gis/services/Documents/SchoolBoardDistricts34x44.pdf (last visited

Dec. 8, 2015).

*Senate Bill 325*

12.     Senate Bill 325 was filed in the North Carolina General Assembly on March 13,

2013 by Senators Neal Hunt and Chad Barefoot of Wake County. Senate Bill 325 / S.L. 2013-

110, North Carolina General Assembly,

http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2013&BillID=s325 (last

visited Dec. 8, 2015).

Case 5:15-cv-00156-D   Document 56   Filed 12/15/15   Page 6 of 32

13.     Senate Bill 325 restructures and redistricts the Wake County Board of Education using seven numbered single-member districts and two lettered single-member "super districts" that overlap the seven numbered districts.  Senate Bill 315 / S.L. 2013-110, North Carolina General Assembly, http://www.ncleg.net/Sessions/2013/Bills/Senate/PDF/S325v6.pdf (last visited Dec. 8, 2015).

14.     A map of the 7 numbered districts under Senate Bill 325 is as follows:



Board of Education Election Numbered Single-Member Districts, Wake County GIS,

http://www.wakegov.com/gis/services/Documents/BOE_Election_NumbSingleMembDist.pdf

(last visited Dec. 8, 2015).

15. A map of the 2 super districts under Senate Bill 325 is as follows:



Board of Education Lettered Single-Member Districts, Wake County GIS,

http://www.wakegov.com/gis/services/Documents/BOE_Election_LetteredSingleMembDist.pdf

(last visited Dec. 8, 2015).

16.     Under Senate Bill 325, no elections were held for the Wake County Board of
Education in 2015.  Senate Bill 325 / S.L. 2013-110, North Carolina General Assembly,
http://www.ncleg.net/Sessions/2013/Bills/Senate/PDF/S325v6.pdf (last visited Dec. 8, 2015).

17.     Population deviations in the numbered and lettered districts under Senate Bill 325
as introduced were as follows:

| District | Deviation | Percentage deviation |
|----------|-----------|----------------------|
| 1 | 3550 | 2.76% |
| 2 | -5398 | -4.19% |
| 3 | 4,678 | 3.63% |
| 4 | 1,591 | 1.24% |
| 5 | 239 | 0.19% |
| 6 | -174 | -0.14% |
| 7 | -4,484 | -3.48% |
| A | 22,088 | 4.90% |
| B | -22,089 | -4.90% |

Senate Bill 325 / S.L. 2013-110, North Carolina General Assembly,
http://www.ncleg.net/Sessions/2013/Bills/Senate/PDF/S325v1.pdf (last visited Dec. 8, 2015).

18.     On April 17, 2013, the Senate Redistricting Committee heard public comment on
Senate Bill 325 and voted to favorably report the bill to the full Senate for consideration.  Senate
Bill 325 / S.L. 2013-110, North Carolina General Assembly,
http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2013&BillID=s325 (last
visited Dec. 8, 2015).

19.     On April 22, 2013, the Senate debated and passed Senate Bill 325.  *Id.*

20.     Individual senators' votes on Senate Bill 325, broken down by political party
registration, were as follows:

| Senator | Vote | Party registration |
|---------|------|--------------------|
| Allran | Aye | Republican |
| Apodaca | Aye | Republican |

9

| | | |
|---|---|---|
| Barefoot | Aye | Republican |
| Barringer | Aye | Republican |
| Berger | Aye | Republican |
| Bingham | Aye | Republican |
| Brock | Aye | Republican |
| Brown | Aye | Republican |
| Brunstetter | Aye | Republican |
| Cook | Aye | Republican |
| Curtis | Aye | Republican |
| Daniel | Aye | Republican |
| J. Davis | Aye | Republican |
| Goolsby | Aye | Republican |
| Gunn | Aye | Republican |
| Harrington | Aye | Republican |
| Hartsell | Aye | Republican |
| Hise | Aye | Republican |
| Hunt | Aye | Republican |
| Jackson | Aye | Republican |
| Meredith | Aye | Republican |
| Newton | Aye | Republican |
| Pate | Aye | Republican |
| Rabin | Aye | Republican |
| Rabon | Aye | Republican |
| Randleman | Aye | Republican |
| Rucho | Aye | Republican |
| Sanderson | Aye | Republican |
| Soucek | Aye | Republican |
| Tarte | Aye | Republican |
| Tillman | Aye | Republican |
| Tucker | Aye | Republican |
| Wade | Aye | Republican |
| Blue | No | Democrat |
| Bryant | No | Democrat |
| Clark | No | Democrat |
| Clodfelter | No | Democrat |
| D. Davis | No | Democrat |
| Ford | No | Democrat |
| Graham | No | Democrat |
| Jenkins | No | Democrat |
| Kinnaird | No | Democrat |
| McKissick | No | Democrat |
| McLaurin | No | Democrat |
| Nesbitt | No | Democrat |
| Parmon | No | Democrat |
| Robinson | No | Democrat |

| Stein | No | Democrat |
|---|---|---|
| Walters | No | Democrat |
| Woodard | No | Democrat |

Roll Call for Senate Second Reading of Senate Bill 325 Second Reading, North Carolina General

Assembly,

http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2013&sChambe

r=S&RCS=188 (last visited Dec. 11, 2015); NC Voter Lookup, North Carolina State Board of

Elections, http://www.ncsbe.gov/webapps/voter_search/ (last visited Dec. 11, 2015).

21.     On May 29, 2013, the House Elections Committee heard public comment on

Senate Bill 325 and voted to favorably report a committee substitute bill to the full Senate for

consideration.  *Id.*

22.     The House Elections Committee substitute bill to Senate Bill 325 did not change

any of the district boundaries in the original bill.  Proposed House Committee Substitute to

Senate Bill 325, North Carolina General Assembly,

www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2013&DocNu

m=5624&SeqNum=0 (last visited Dec. 8, 2015)

23.     On June 10, 2013, the House debated and passed Senate Bill 325, with two

amendments from Representative Paul Stam of Wake County.  Senate Bill 325 / S.L. 2013-110,

North Carolina General Assembly,

http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2013&BillID=s325 (last

visited Dec. 8, 2015).

24.     The two amendments to Senate Bill 325 from Representative Paul Stam adjusted

the candidate filing period and slightly changed the district boundaries in the original bill.

Amendment No. A1 to Senate Bill 325, North Carolina General Assembly,

http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2013&DocNum=5858&SeqNum=0; Amendment No. A2 to Senate Bill 325, North Carolina General Assembly,

http://www.ncleg.net/Applications/BillLookUp/LoadBillDocument.aspx?SessionCode=2013&DocNum=5862&SeqNum=0 (last visited Dec. 8, 2015).

25.     During debate on Senate Bill 325, proposed amendments from Wake County Representatives Yvonne Holley (to add a referendum), Darren Jackson (to add two at-large districts to the existing nine numbered districts), and Rosa Gill (to make the lettered districts at large) were voted down in the House.  Senate Bill 325 / S.L. 2013-110, North Carolina General Assembly,

http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2013&BillID=s325 (last visited Dec. 8, 2015).

26.     On June 13, 2013, Senate Bill 325 was ratified and chaptered as Session Law 2013-110.  *Id.*

27.     Population deviations in the numbered and lettered districts under Senate Bill 325 as enacted were as follows:

| District | Deviation | Percentage deviation |
| --- | --- | --- |
| 1 | -523 | -0.41% |
| 2 | -1,350 | -1.05% |
| 3 | 4.678 | 3.63% |
| 4 | 1,591 | 1.24% |
| 5 | -1,971 | -1.53% |
| 6 | 2,061 | 1.60% |
| 7 | -4,484 | -3.48% |
| A | 22,088 | 4.90% |
| B | -22,089 | -4.90% |

Stat Pack, S.B. 325. Ex. 253.

28.     Individual House members' votes on Senate Bill 325 on second reading, broken down by political party registration, were as follows:

| Representative | Vote | Party Registration |
|----------------|------|--------------------|
| Arp | Aye | Republican |
| Avila | Aye | Republican |
| J. Bell | Aye | Republican |
| Blackwell | Aye | Republican |
| Blust | Aye | Republican |
| Boles | Aye | Republican |
| R. Brawley | Aye | Republican |
| W. Brawley | Aye | Republican |
| Brody | Aye | Republican |
| R. Brown | Aye | Republican |
| Bryan | Aye | Republican |
| Bumgardner | Aye | Republican |
| Burr | Aye | Republican |
| Catlin | Aye | Republican |
| Cleveland | Aye | Republican |
| Collins | Aye | Republican |
| Conrad | Aye | Republican |
| Daughtry | Aye | Republican |
| Davis | Aye | Republican |
| Dixon | Aye | Republican |
| Dobson | Aye | Republican |
| Dockham | Aye | Republican |
| Dollar | Aye | Republican |
| Elmore | Aye | Republican |
| Ford | Aye | Republican |
| Fulghum | Aye | Republican |
| Hardister | Aye | Republican |
| Hastings | Aye | Republican |
| Hollo | Aye | Republican |
| Holloway | Aye | Republican |
| Howard | Aye | Republican |
| Hurley | Aye | Republican |
| Iler | Aye | Republican |
| Jeter | Aye | Republican |
| Jones | Aye | Republican |
| Jordan | Aye | Republican |
| Lambeth | Aye | Republican |
| Langdon | Aye | Republican |
| Lewis | Aye | Republican |
| S. Martin | Aye | Republican |

| | | |
|---|---|---|
| McElraft | Aye | Republican |
| McGrady | Aye | Republican |
| McNeill | Aye | Republican |
| Millis | Aye | Republican |
| Moffitt | Aye | Republican |
| T. Moore | Aye | Republican |
| Murry | Aye | Republican |
| Pittman | Aye | Republican |
| Presnell | Aye | Republican |
| Ramsey | Aye | Republican |
| Riddell | Aye | Republican |
| S. Ross | Aye | Republican |
| Saine | Aye | Republican |
| Samuelson | Aye | Republican |
| Schaffer | Aye | Republican |
| Setzer | Aye | Republican |
| Shepard | Aye | Republican |
| Stam | Aye | Republican |
| Starnes | Aye | Republican |
| Steinburg | Aye | Republican |
| Stevens | Aye | Republican |
| Stone | Aye | Republican |
| Szoka | Aye | Republican |
| Torbett | Aye | Republican |
| Turner | Aye | Republican |
| H. Warren | Aye | Republican |
| Wells | Aye | Republican |
| West | Aye | Republican |
| Whitmire | Aye | Republican |
| Adams | No | Democrat |
| Alexander | No | Democrat |
| Baskerville | No | Democrat |
| L. Bell | No | Democrat |
| Brandon | No | Democrat |
| Brisson | No | Democrat |
| Carney | No | Democrat |
| Cunningham | No | Democrat |
| Earle | No | Democrat |
| Faircloth | No | Republican |
| Farmer-Butterfield | No | Democrat |
| Fisher | No | Democrat |
| Floyd | No | Democrat |
| Foushee | No | Democrat |
| Gill | No | Democrat |
| Glazier | No | Democrat |

14

| | | |
|---|---|---|
| Goodman | No | Democrat |
| C. Graham | No | Democrat |
| G. Graham | No | Democrat |
| D. Hall | No | Democrat |
| L. Hall | No | Democrat |
| Hamilton | No | Democrat |
| Hanes | No | Democrat |
| Harrison | No | Democrat |
| Holley | No | Democrat |
| Horn | No | Republican |
| Insko | No | Democrat |
| Jackson | No | Democrat |
| Johnson | No | Republican |
| Lucas | No | Democrat |
| Luebke | No | Democrat |
| G. Martin | No | Democrat |
| McManus | No | Democrat |
| Michaux | No | Democrat |
| Mobley | No | Democrat |
| R. Moore | No | Democrat |
| Pierce | No | Democrat |
| Queen | No | Democrat |
| Richardson | No | Democrat |
| Speciale | No | Republican |
| Terry | No | Democrat |
| Tine | No | Democrat |
| Tolson | No | Democrat |
| Wray | No | Democrat |
| Hager | Abstain | Republican |
| Tillis | Abstain | Republican |
| B. Brown | Absent | Republican |
| Cotham | Absent | Democrat |
| Malone | Absent | Republican |
| Waddell | Absent | Republican |
| Wilkins | Absent | Republican |

Roll Call on House Second Reading of Senate Bill 325, North Carolina General Assembly, http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2013&sChambe r=H&RCS=906 (last visited Dec. 11, 2015); NC Voter Lookup, North Carolina State Board of Elections, http://www.ncsbe.gov/webapps/voter_search/ (last visited Dec. 11, 2015).

Case 5:15-cv-00156-D   Document 56   Filed 12/15/15   Page 15 of 32

29.     No African-American legislator voted for S.B. 325.  Answer to *Wright*

*Complaint*, ECF No. 30 (11/04/13).

*Wake Board of County Commissioners election data*

30.     Members of the Wake Board of County Commissioners elected from 2000

through 2014, and their political party registrations, are as follows:

| Year | Name | Political party registration |
|------|------|------------------------------|
| 2000 | Kenn Gardner | Republican |
| 2000 | Vernon Malone | Democrat |
| 2000 | Betty Lou Ward | Democrat |
| 2002 | Joe Bryan | Republican |
| 2002 | Herb Council | Republican |
| 2002 | Tony Gurley | Republican |
| 2002 | Phil Jeffries | Republican |
| 2004 | Kenn Gardner | Republican |
| 2004 | Betty Lou Ward | Democrat |
| 2004 | Harold Webb | Democrat |
| 2006 | Lindy Brown | Democrat |
| 2006 | Joe Bryan | Republican |
| 2006 | Paul Coble | Republican |
| 2006 | Tony Gurley | Republican |
| 2008 | Stan Norwalk | Democrat |
| 2008 | Betty Lou Ward | Democrat |
| 2008 | Harold Webb | Democrat |
| 2010 | Joe Bryan | Republican |
| 2010 | Paul Coble | Republican |
| 2010 | Tony Gurley | Republican |
| 2010 | Phil Matthews | Republican |
| 2012 | Caroline Sullivan | Democrat |
| 2012 | Betty Lou Ward | Democrat |
| 2012 | James West | Democrat |
| 2014 | John Burns | Democrat |
| 2014 | Matt Calabria | Democrat |
| 2014 | Sig Hutchinson | Democrat |
| 2014 | Jessica Holmes | Democrat |

Past Election Results, Wake County Board of Elections,

http://www.wakegov.com/elections/data/Pages/pastelectionresults.aspx (last visited Dec. 8,

2015) (see General Elections on Nov. 7, 2000; Nov. 5, 2002; Nov. 2, 2004; Nov. 7, 2006; Nov. 4, 2008; Nov. 2, 2010; Nov. 6, 2012; and Nov. 4, 2014); NC Voter Lookup, North Carolina State Board of Elections, https://enr.ncsbe.gov/voter_search_public/ (last visited Dec. 11, 2015).

31.    From 2000 through November 2014, African-American candidates were elected to the Wake Board of County Commissioners by the following margins:

| Year | Candidate | Margin of Victory |
| --- | --- | --- |
| 2000 | Vernon Malone | 3.66% |
| 2004 | Harold Webb | 5.24% |
| 2006 | Lindy Brown | 6.3% |
| 2008 | Harold Webb | 17.32% |
| 2012 | James West (unopposed) | 100.0% |
| 2014 | Jessica Holmes | 12.7% |

Past Election Results, Wake County Board of Elections, http://www.wakegov.com/elections/data/Pages/pastelectionresults.aspx (last visited Dec. 8, 2015) (see General Elections on Nov. 7, 2000; Nov. 2, 2004; Nov. 7, 2006; Nov. 4, 2008; Nov. 6, 2012; and Nov. 4, 2014).

32.    Before 2015, members of the Wake Board of County Commissioners were elected at large, in a countywide vote, from seven residency districts. Commission Facts, Wake County Board of Commissioners, http://www.wakegov.com/commissioners/Pages/facts.aspx (last visited Dec. 8, 2015).

33.    After the 2010 Census, the Wake Board of County Commissioners adjusted the boundaries of its seven residency districts as follows:



Wake County Commissioners' Districts, Wake County GIS,

Case 5:15-cv-00156-D   Document 56   Filed 12/15/15   Page 18 of 32

http://www.wakegov.com/gis/services/Documents/CommissionerDist_8x11.pdf (last visited Dec. 8, 2015).

*Senate Bill 181*

34.     Senate Bill 181 was filed in the North Carolina General Assembly on March 4, 2015 by Senator Chad Barefoot of Wake and Franklin counties.  Senate Bill 181 / S.L. 2015-4, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=s181 (last visited Dec. 8, 2015).

35.     Senate Bill 181 redistricts the Wake Board of County Commissioners using seven numbered single-member districts and two lettered single-member "super districts" that overlap the seven numbered districts.  Senate Bill 181 / S.L. 2015-4, North Carolina General Assembly, http://www.ncleg.net/Sessions/2015/Bills/Senate/PDF/S181v6.pdf (last visited Dec. 8, 2015).

36.     Senate Bill 181 adopted the same numbered and lettered districts that were previously enacted by Senate Bill 325.  *Id.*

37.     On March 5, 2015, the Senate Redistricting Committee held a non-voting meeting to hear public comment on Senate Bill 181.  Senate Bill 181 / S.L. 2015-4, North Carolina General Assembly, http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=s181 (last visited Dec. 8, 2015).

38.     On March 10, 2015, the Senate Redistricting Committee heard public comment on Senate Bill 181 and voted to favorably report the bill to the full Senate for consideration.  *Id.*

39.     On March 11 and 12, 2015, the Senate debated and passed Senate Bill 181.  *Id.*

40. During debate on Senate Bill 181, a proposed amendment from Senator Josh Stein of Wake County was tabled in the Senate. *Id.*

41. Individual senators' votes on Senate Bill 181 on second reading, broken down by political party registration, were as follows:

| Senator | Vote | Party registration |
| --- | --- | --- |
| Alexander | Aye | Republican |
| Apodaca | Aye | Republican |
| Barefoot | Aye | Republican |
| Barringer | Aye | Republican |
| Berger | Aye | Republican |
| Bingham | Aye | Republican |
| Brock | Aye | Republican |
| Brown | Aye | Republican |
| Cook | Aye | Republican |
| Daniel | Aye | Republican |
| Gunn | Aye | Republican |
| Harrington | Aye | Republican |
| Hartsell | Aye | Republican |
| Hise | Aye | Republican |
| B. Jackson | Aye | Republican |
| Krawiec | Aye | Republican |
| Lee | Aye | Republican |
| McInnis | Aye | Republican |
| Meredith | Aye | Republican |
| Newton | Aye | Republican |
| Pate | Aye | Republican |
| Rabin | Aye | Republican |
| Randleman | Aye | Republican |
| Rucho | Aye | Republican |
| Sanderson | Aye | Republican |
| Soucek | Aye | Republican |
| Tarte | Aye | Republican |
| Tillman | Aye | Republican |
| Tucker | Aye | Republican |
| Wade | Aye | Republican |
| Wells | Aye | Republican |
| Blue | No | Democrat |
| Bryant | No | Democrat |
| Clark | No | Democrat |
| D. Davis | No | Democrat |
| Ford | No | Democrat |

| | | |
|---|---|---|
| Foushee | No | Democrat |
| J. Jackson | No | Democrat |
| Lowe | No | Democrat |
| McKissick | No | Democrat |
| Robinson | No | Democrat |
| Smith | No | Democrat |
| Smith-Ingram | No | Democrat |
| Stein | No | Democrat |
| Van Duyn | No | Democrat |
| Waddell | No | Democrat |
| Woodard | No | Democrat |
| Curtis | Absent | Republican |
| J. Davis | Absent | Republican |
| Rabon | Absent | Republican |

Roll Call for Senate Second Reading of Senate Bill 181, North Carolina General Assembly, http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sChamber=S&RCS=33 (last visited Dec. 11, 2015); NC Voter Lookup, North Carolina State Board of Elections, http://www.ncsbe.gov/webapps/voter_search/ (last visited Dec. 11, 2015).

42.     On March 31, 2015, the House Elections Committee heard public comment on Senate Bill 181 and voted to favorably report the bill to the full House for consideration. http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=s181.

43.     On April 1, 2015, the House debated and passed Senate Bill 181.  *Id.*

44.     During legislative debate on Senate Bill 181, proposed amendments from Wake County Representatives Rosa Gill (to substitute an alternative district map), Darren Jackson (to eliminate the two lettered districts or make them truly at large, and to move elections to even-numbered years), and Grier Martin (to add a referendum) were voted down in the House.  *Id.*; House Elections Committee Meeting Notes, Joint Ex. 12.

45.     Individual House members' votes on Senate Bill 181 on second reading, broken down by political party registration, were as follows:

| Representative | Vote | Party Registration |
|---|---|---|
| Arp | Aye | Republican |
| Avila | Aye | Republican |
| J. Bell | Aye | Republican |
| Bishop | Aye | Republican |
| Blackwell | Aye | Republican |
| Blust | Aye | Republican |
| Boles | Aye | Republican |
| Bradford | Aye | Republican |
| Brawley | Aye | Republican |
| Brisson | Aye | Democrat |
| Brody | Aye | Republican |
| B. Brown | Aye | Republican |
| R. Brown | Aye | Republican |
| Bryan | Aye | Republican |
| Bumgardner | Aye | Republican |
| Burr | Aye | Republican |
| Catlin | Aye | Republican |
| Cleveland | Aye | Republican |
| Collins | Aye | Republican |
| Conrad | Aye | Republican |
| Daughtry | Aye | Republican |
| Dixon | Aye | Republican |
| Dollar | Aye | Republican |
| Elmore | Aye | Republican |
| Faircloth | Aye | Republican |
| Ford | Aye | Republican |
| C. Graham | Aye | Democrat |
| Hager | Aye | Republican |
| Hardister | Aye | Republican |
| Hastings | Aye | Republican |
| Holloway | Aye | Republican |
| Horn | Aye | Republican |
| Hurley | Aye | Republican |
| Jones | Aye | Republican |
| Jordan | Aye | Republican |
| Lambeth | Aye | Republican |
| Langdon | Aye | Republican |
| Lewis | Aye | Republican |
| Malone | Aye | Republican |
| S. Martin | Aye | Republican |
| McElraft | Aye | Republican |
| McGrady | Aye | Republican |
| McNeill | Aye | Republican |
| Millis | Aye | Republican |

| | | |
|---|---|---|
| T. Moore | Aye | Republican |
| Pendleton | Aye | Republican |
| Pittman | Aye | Republican |
| Presnell | Aye | Republican |
| Riddell | Aye | Republican |
| Robinson | Aye | Republican |
| Ross | Aye | Republican |
| Saine | Aye | Republican |
| Schaffer | Aye | Republican |
| Shepard | Aye | Republican |
| Speciale | Aye | Republican |
| Stam | Aye | Republican |
| Steinburg | Aye | Republican |
| Stevens | Aye | Republican |
| Szoka | Aye | Republican |
| Torbett | Aye | Republican |
| R. Turner | Aye | Republican |
| Warren | Aye | Republican |
| Watford | Aye | Republican |
| West | Aye | Republican |
| Whitmire | Aye | Republican |
| Yarborough | Aye | Republican |
| Adcock | No | Democrat |
| Ager | No | Democrat |
| Alexander | No | Democrat |
| Baskerville | No | Democrat |
| L. Bell | No | Democrat |
| Brockman | No | Democrat |
| Carney | No | Democrat |
| Cotham | No | Democrat |
| Cunningham | No | Democrat |
| Earle | No | Democrat |
| Farmer-Butterfield | No | Democrat |
| Fisher | No | Democrat |
| Floyd | No | Democrat |
| Fraley | No | Republican |
| G. Graham | No | Democrat |
| Gill | No | Democrat |
| Glazier | No | Democrat |
| Goodman | No | Democrat |
| D. Hall | No | Democrat |
| L. Hall | No | Democrat |
| Hamilton | No | Democrat |
| Hanes | No | Democrat |
| Harrison | No | Democrat |

| | | |
|---|---|---|
| Holley | No | Democrat |
| Howard | No | Republican |
| Hunter | No | Democrat |
| Insko | No | Democrat |
| Jackson | No | Democrat |
| Jeter | No | Republican |
| L. Johnson | No | Republican |
| R. Johnson | No | Democrat |
| Lucas | No | Democrat |
| G. Martin | No | Democrat |
| Meyer | No | Democrat |
| Michaux | No | Democrat |
| R. Moore | No | Democrat |
| Pierce | No | Democrat |
| Queen | No | Democrat |
| Reives | No | Democrat |
| B. Richardson | No | Democrat |
| Salmon | No | Democrat |
| Setzer | No | Republican |
| Terry | No | Democrat |
| Tine | No | Unaffiliated |
| B. Turner | No | Democrat |
| Willingham | No | Democrat |
| Wray | No | Democrat |
| Adams | Absent | Republican |
| Davis | Absent | Republican |
| Dobson | Absent | Republican |
| Iler | Absent | Republican |
| Luebke | Absent | Democrat |
| Waddell | Absent | Democrat |
| Zachary | Absent | Republican |

Roll Call for House Second Reading of Senate Bill 181, North Carolina General

Assembly,

http://www.ncleg.net/gascripts/voteHistory/RollCallVoteTranscript.pl?sSession=2015&sChambe

r=H&RCS=164 (last visited Dec. 11, 2015); NC Voter Lookup, North Carolina State Board of

Elections, http://www.ncsbe.gov/webapps/voter_search/ (last visited Dec. 11, 2015).

46.     No African-American legislator voted for S.B. 181. Answer to RWCA Amended Complaint, ECF No. 22 (6/5/15).

47.     On April 2, 2015, Senate Bill 181 was ratified and chaptered as Session Law 2015-4.

http://www.ncleg.net/gascripts/BillLookUp/BillLookUp.pl?Session=2015&BillID=s181.

*Additional publicly available election information*

48.     Plaintiffs Dustin Matthew Ingalls and Perry Woods, who are white, and Plaintiff Jannet B. Barnes, who is black, live in numbered District 4 under Senate Bill 181. NC Voter Lookup, North Carolina State Board of Elections, https://enr.ncsbe.gov/voter_search_public/ (last visited Dec. 11, 2015).

49.     Wake County precinct numbers and corresponding polling places are as follows:

| Precinct Number | Polling Place |
| --- | --- |
| 01-01 | BROOKS AVENUE CHURCH OF CHRIST |
| 01-02 | UNITARIAN UNIVERSALIST FELLOWSHIP OF RALEIGH |
| 01-03 | ST JOHNS BAPTIST CHURCH |
| 01-04 | DANIELS MIDDLE SCHOOL |
| 01-05 | WHITE MEMORIAL PRESBYTERIAN CHURCH |
| 01-06 | CAMERON VILLAGE REGIONAL LIBRARY |
| 01-07 | WILEY ELEMENTARY SCHOOL |
| 01-07A | SAINT SAVIOUR'S CENTER |
| 01-09 | OUR SAVIOR LUTHERAN CHURCH |
| 01-10 | WESTMINSTER PRESBYTERIAN CHURCH |
| 01-11 | ROOT ELEMENTARY SCHOOL |
| 01-12 | EMMANUEL BAPTIST CHURCH |
| 01-13 | ST MATTHEW AME CHURCH |
| 01-14 | TRINITY UNITED METHODIST CHURCH |
| 01-15 | DOUGLAS ELEMENTARY SCHOOL |
| 01-16 | GLEN EDEN PILOT PARK COMM CNTR |
| 01-17 | NORTH HILLS CLUB |
| 01-18 | EASTGATE PARK COMM CNTR |
| 01-19 | POE INTERNATIONAL MONTESSORI SCHOOL |
| 01-20 | ROBERTS PARK COMMUNITY CENTER |
| 01-21 | RALEIGH FIRE STATION #2 |
| 01-22 | SOUTHEAST RALEIGH MAGNET HIGH SCHOOL |
| 01-23 | PULLEN COMMUNITY CENTER |

| | |
|---|---|
| 01-25 | WASHINGTON GT MAGNET ELEMENTARY SCHOOL |
| 01-26 | CHAVIS COMMUNITY CENTER |
| 01-27 | PROJECT ENLIGHTENMENT |
| 01-28 | POWELL ELEMENTARY SCHOOL |
| 01-29 | LACY ELEMENTARY SCHOOL |
| 01-30 | BROOKS MUSEUMS MAGNET ELEMENTARY SCHOOL |
| 01-31 | METHOD COMMUNITY CENTER |
| 01-32 | POWELL DRIVE COMMUNITY CENTER |
| 01-33 | MARTIN GT MAGNET MIDDLE SCHOOL |
| 01-34 | TARBORO ROAD COMMUNITY CENTER |
| 01-35 | FULLER GT MAGNET ELEMENTARY SCHOOL |
| 01-36 | KIWANIS PARK COMMUNITY CENTER |
| 01-37 | HUDSON MEMORIAL PRESBYTERIAN CHURCH |
| 01-38 | RALEIGH FIRE STATION #11 |
| 01-39 | OPTIMIST PARK COMMUNITY CENTER |
| 01-40 | WORTHDALE COMMUNITY CENTER |
| 01-41 | COMBS LEADERSHIP MAGNET ELEMENTARY SCHOOL |
| 01-42 | MILLBROOK EXCHANGE PARK COMMUNITY CENTER |
| 01-43 | ST RAPHAEL CATHOLIC CHURCH |
| 01-44 | MILLBROOK ELEMENTARY MAGNET SCHOOL |
| 01-45 | CHRIST BAPTIST CHURCH |
| 01-46 | GREEN ROAD PARK COMMUNITY CENTER |
| 01-47 | MOUNT VERNON BAPTIST CHURCH |
| 01-48 | WESTERN BOULEVARD PRESBYTERIAN CHURCH |
| 01-49 | ALL STS ANTIOCHIAN ORTHODOX CHRISTIAN CHURCH |
| 01-50 | MACEDONIA NEW LIFE CHURCH |
| 01-51 | NORTH BEND CLUBHOUSE |
| 02-01 | BAILEYWICK ROAD ELEMENTARY SCHOOL |
| 02-02 | PLEASANT UNION ELEMENTARY SCHOOL |
| 02-03 | BLUE JAY POINT COUNTY PARK |
| 02-04 | BRASSFIELD ELEMENTARY SCHOOL |
| 02-05 | BAYLEAF VOLUNTEER FIRE DEPT #2 |
| 02-06 | NORTH RALEIGH CHURCH OF CHRIST |
| 03-00 | GREATER CHRISTIAN CHAPEL CHURCH |
| 04-01 | GLENAIRE |
| 04-02 | CARY FIRE STATION #2 |
| 04-03 | TRIANGLE AQUATIC CENTER |
| 04-04 | KIRK OF KILDAIRE PRESBYTERIAN CHURCH |
| 04-05 | REEDY CREEK ELEMENTARY SCHOOL |
| 04-06 | FARMINGTON WOODS ELEM SCHOOL |
| 04-07 | FELLOWSHIP OF CHRIST PRESBYTERIAN CHURCH |
| 04-08 | CARY FIRST CHRISTIAN CHURCH |
| 04-09 | WEATHERSTONE ELEMENTARY SCHOOL |
| 04-10 | PEACE PRESBYTERIAN CHURCH |
| 04-11 | HERBERT C YOUNG COMMUNITY CENTER |

| | |
|---|---|
| 04-12 | CROSSROADS FORD SERVICE CENTER |
| 04-13 | WESTHIGH EVANGELICAL COVENANT CHURCH |
| 04-14 | CARY FIRE STATION #4 |
| 04-15 | GOOD SHEPHERD UNITED CHURCH OF CHRIST |
| 04-16 | FIRST REFORMED CHURCH OF CARY |
| 04-17 | CARY FIRE STATION #1 |
| 04-18 | CARY ACADEMY |
| 04-19 | COVENANT CHRISTIAN CHURCH |
| 04-20 | SHA'AREI SHALOM SYNAGOGUE |
| 04-21 | HARVEST CHURCH CARY |
| 05-01 | MORRISVILLE ELEMENTARY SCHOOL |
| 05-03 | CARY CHURCH OF GOD |
| 05-05 | BRIER CREEK COMMUNITY CENTER |
| 05-06 | CARPENTER ELEMENTARY SCHOOL |
| 05-07 | BRECKENRIDGE CLUBHOUSE |
| 05-08 | HINDU SOCIETY OF NORTH CAROLINA |
| 06-04 | HUNT COMMUNITY CENTER |
| 06-05 | HOLLY RIDGE MIDDLE SCHOOL |
| 06-06 | HOLLY SPRINGS ELEMENTARY SCHOOL |
| 06-07 | TRIANGLE COMMUNITY CHURCH |
| 06-08 | HOLLY SPRINGS CULTURAL CENTER |
| 06-09 | WAKE COUNTY FIREARMS EDUCATION AND TRAINING CENTER |
| 06-10 | HOLLY GROVE ELEMENTARY SCHOOL |
| 07-01 | RALEIGH FIRE STATION #17 |
| 07-02 | JEFFREYS GROVE ELEMENTARY SCHOOL |
| 07-03 | SHELLEY LAKE SERTOMA PARK |
| 07-04 | LYNN ROAD ELEMENTARY SCHOOL |
| 07-05 | RAVENSCROFT SCHOOL |
| 07-06 | LEAD MINE ELEMENTARY SCHOOL |
| 07-07 | GOOD SHEPHERD LUTHERAN CHURCH |
| 07-07A | SPRINGMOOR RETIREMENT COMMUNITY |
| 07-09 | BENSON MEMORIAL UNITED METHODIST CHURCH |
| 07-10 | PILGRIM PRESBYTERIAN CHURCH |
| 07-11 | GREYSTONE BAPTIST CHURCH |
| 07-12 | YORK ELEMENTARY SCHOOL |
| 07-13 | NORTH RALEIGH CHURCH OF THE NAZARENE |
| 08-02 | LEESVILLE ROAD ELEMENTARY SCHOOL |
| 08-03 | COVENANT CHURCH INTERNATIONAL |
| 08-04 | SOAPSTONE UNITED METHODIST CHURCH |
| 08-05 | NORTH RALEIGH PRESBYTERIAN CHURCH |
| 08-06 | CALVARY PRESBYTERIAN CHURCH |
| 08-07 | WOOD VALLEY SWIM AND RACQUET CLUB |
| 08-08 | DURHAM HIGHWAY FIRE STATION #1 |
| 08-09 | HILBURN DRIVE ACADEMY |

Case 5:15-cv-00156-D   Document 56   Filed 12/15/15   Page 27 of 32

| | |
|---|---|
| 08-10 | RALEIGH FIRE STATION #23 |
| 08-11 | LONG LAKE CLUBHOUSE |
| 09-01 | HOPKINS RURAL FIRE DEPT |
| 09-02 | ZEBULON ROTARY-WOMANS CLUB |
| 09-03 | WAKE COUNTY EASTERN REGIONAL CENTER |
| 10-01 | EAST WAKE HIGH SCHOOL |
| 10-02 | WENDELL MIDDLE SCHOOL |
| 10-03 | CARVER ELEMENTARY SCHOOL |
| 10-04 | CENTRAL BAPTIST CHURCH |
| 11-01 | LINCOLNVILLE AME CHURCH |
| 11-02 | STOUGH ELEMENTARY SCHOOL |
| 12-01 | BALLENTINE ELEMENTARY SCHOOL |
| 12-02 | FUQUAY VARINA COMMUNITY CENTER |
| 12-04 | WILLOW SPRINGS ELEMENTARY SCHOOL |
| 12-05 | WEST LAKE MIDDLE SCHOOL |
| 12-06 | WAKE COUNTY SOUTHERN REGIONAL CENTER |
| 12-07 | BANKS ROAD ELEMENTARY |
| 12-08 | ST AUGUSTA MISSIONARY BAPTIST CHURCH |
| 12-09 | FUQUAY VARINA HIGH SCHOOL |
| 13-01 | SAINT MATTHEW BAPTIST CHURCH |
| 13-02 | DURANT ROAD MIDDLE SCHOOL |
| 13-05 | RALEIGH VINEYARD CHRISTIAN FELLOWSHIP |
| 13-06 | DURANT ROAD ELEMENTARY SCHOOL |
| 13-07 | BODY OF CHRIST CHURCH |
| 13-08 | FOX ROAD ELEMENTARY SCHOOL |
| 13-09 | WILDWOOD FOREST ELEMENTARY SCHOOL |
| 13-10 | BEDFORD AT FALLS RIVER CLUBHOUSE |
| 13-11 | THE GREENWAY CLUB AT FALLS RIVER |
| 14-01 | OLIVE GROVE BAPTIST CHURCH |
| 14-02 | WAKE COUNTY STONY HILL FIRE- EMS STATION |
| 15-01 | TURNER MEMORIAL BAPTIST CHURCH |
| 15-02 | HOLLANDS UNITED METHODIST CHURCH |
| 15-03 | PLYMOUTH CHURCH |
| 15-04 | RAND ROAD ELEMENTARY SCHOOL |
| 16-01 | SPRINGFIELD BAPTIST CHURCH |
| 16-02 | CREECH ROAD ELEMENTARY SCHOOL |
| 16-03 | GARNER ADVENT CHRISTIAN CHURCH |
| 16-04 | AVERSBORO ELEMENTARY SCHOOL |
| 16-05 | SMITH ELEMENTARY SCHOOL |
| 16-06 | VANDORA SPRINGS ELEMENTARY SCHOOL |
| 16-07 | HEATHER HILLS CLUBHOUSE |
| 16-08 | BARWELL ROAD COMMUNITY CENTER |
| 16-09 | BINGHAM STATION CLUBHOUSE |
| 17-01 | BEACON BAPTIST CHURCH |
| 17-02 | KNIGHTDALE ELEMENTARY SCHOOL |

Case 5:15-cv-00156-D   Document 56   Filed 12/15/15   Page 28 of 32

| | |
|---|---|
| 17-03 | WILLOW OAK CLUBHOUSE |
| 17-04 | KNIGHTDALE UNITED METHODIST CHURCH |
| 17-05 | TRINITY PRESBYTERIAN CHURCH |
| 17-06 | EASTERN WAKE FIRE-RESCUE DEPT |
| 17-07 | WAKE COUNTY COMMONS BUILDING |
| 17-08 | HODGE ROAD ELEMENTARY SCHOOL |
| 17-09 | ABUNDANT LIFE CHRISTIAN CENTER |
| 17-10 | RALEIGH INTERNATIONAL CHURCH |
| 17-11 | ST JAMES UNITED METHODIST CHURCH |
| 18-01 | TEMPLE OF PENTECOST |
| 18-02 | FAIRVIEW BAPTIST CHURCH |
| 18-03 | PINEY PLAIN CHRISTIAN CHURCH |
| 18-04 | YATES MILL ELEMENTARY |
| 18-05 | OAK GROVE ELEMENTARY SCHOOL |
| 18-06 | DILLARD DRIVE ELEMENTARY SCHOOL |
| 18-07 | MID-WAY BAPTIST CHURCH |
| 18-08 | SOUTH HILLS BAPTIST CHURCH |
| 19-03 | WAKE FOREST CHURCH OF GOD |
| 19-04 | RICHLAND CREEK COMMUNITY CHURCH |
| 19-05 | WAKE FOREST PRESBYTERIAN CHURCH |
| 19-07 | J B FLAHERTY PARK COMMUNITY CTR |
| 19-09 | ROLESVILLE ELEMENTARY SCHOOL |
| 19-10 | JONES DAIRY ELEMENTARY SCHOOL |
| 19-11 | WAKE FOREST COMMUNITY HOUSE |
| 19-12 | HERITAGE MIDDLE SCHOOL |
| 19-13 | WAKEFIELD MIDDLE SCHOOL |
| 19-14 | NORTH FOREST PINES ELEMENTARY SCHOOL |
| 19-15 | WAKEFIELD NORTH - 9TH GRADE CENTER |
| 19-16 | HARRIS CREEK ELEMENTARY SCHOOL |
| 19-17 | RALEIGH FIRE STATION # 28 |
| 20-01 | LUFKIN ROAD MIDDLE SCHOOL |
| 20-03 | EVA H PERRY REGIONAL LIBRARY |
| 20-04 | DAVIS DRIVE MIDDLE SCHOOL |
| 20-05 | RESURRECTION LUTHERAN CHURCH |
| 20-06A | NEW HORIZON FELLOWSHIP-ANNEX |
| 20-06B | ST MARY MAGDALENE CATHOLIC CHURCH |
| 20-08 | APEX BAPTIST CHURCH |
| 20-09 | ST ANDREW THE APOSTLE CATHOLIC CHURCH |
| 20-10 | CARY FIRE STATION #5 |
| 20-11 | OLIVE CHAPEL BAPTIST CHURCH |
| 20-12 | OLIVE CHAPEL ELEMENTARY SCHOOL |
| 20-14 | WHITE OAK MISSIONARY BAPTIST CHURCH |
| 20-15 | ALSTON RIDGE ELEMENTARY SCHOOL |
| 20-16 | MILLS PARK ELEMENTARY SCHOOL |
| 20-17 | HIGHCROFT DRIVE ELEMENTARY SCHOOL |

Spreadsheet of All Polling Places, Wake County Board of Elections,

http://msweb03.co.wake.nc.us/bordelec/downloads/13pollingplaces/PollingPlaceDetails.xls (last

visited Dec. 11, 2015).

*Authenticity of exhibits and publicly available documents*

50.     The parties stipulate that documents publicly available from government entities

in either hard or electronic copy are authentic and admissible for evidentiary purposes even if

such documents are not presented by the custodian.

*Miscellaneous*

51. The parties stipulate that the document attached to these stipulations as Exhibit A

accurately reflect data updated and publicly produced on December 12, 2014, by the North

Carolina Association of County Commissions (NCACC), which reports the method of

election used by each of North Carolina's 100 counties to elect its board of county

commissioners.  That data is available on NCACC's website at:

http://www.ncacc.org/195/County-Election-Methods


Respectfully submitted this 15th day of December, 2015.


                                        /s/ Allison J. Riggs_____
                                        Anita S. Earls
                                        Allison J. Riggs
                                        George E. Eppsteiner
                                        SOUTHERN COALITION FOR SOCIAL JUSTICE
                                        1415 W. Highway 54, Suite 101
                                        Durham, NC 27707
                                        Telephone: 919-323-3380
                                        Facsimile: 919-323-3942
                                        anita@southerncoalition.org
                                        allison@southerncoalition.org

george@southerncoalition.org

*Counsel for Plaintiffs*

/s/ Charles F. Marshall __
Charles F. Marshall
Matthew B. Tynan
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, L.L.P.
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
cmarshall@brookspierce.com
mtynan@brookspierce.com

*Counsel for Defendant Wake County Board of Elections*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day filed using ECF the foregoing **First Joint Stipulations** in the above-titled action to the Clerk of the Court.


This the 15th day of December, 2015.

/s/ Allison J. Riggs
Allison J. Riggs

*Counsel for Plaintiffs*