IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 5:15-cv-156 |
| *v.* | ) ) | |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) | |
| *Defendant.* | ) | |
| | | |
| CALLA WRIGHT, et al. | ) ) | |
| *Plaintiffs,* | ) ) | |
| *vs.* | ) ) | No. 5:13-cv-607 |
| STATE OF NORTH CAROLINA, et al. | ) ) | |
| *Defendant.* | ) ) | |

**NOTICE OF APPEARANCE**

COMES NOW the undersigned, Jessica Thaller-Moran, an attorney admitted to practice in this Court, and hereby gives notice of appearance as counsel for Defendant Wake County Board of Elections.

This the 15th day of December, 2015.

/s/ Jessica Thaller-Moran
Jessica Thaller-Moran
N.C. State Bar No. 46444
BROOKS, PIERCE, McLENDON,
  HUMPHREY & LEONARD, L.L.P.
150 Fayetteville Street, Suite 1600
Raleigh, NC 27601
Telephone:    (919) 839-0300
Fax:          (919) 839-0304
*JThaller-Moran@BrooksPierce.com*
*Attorney for Defendant*

CERTIFICATE OF SERVICE

      I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

> Anita S. Earls
> Southern Coalition for Social Justice
> 1415 West Highway 54, Suite 101
> Durham, NC 27707
> 919-323-3380 x115
> Fax: 919-323-3942
> Email: anita@southerncoalition.org
> *Counsel for Plaintiffs*

> Respectfully Submitted,
>
> /s/ Jessica Thaller-Moran
> Jessica Thaller-Moran
>
> **BROOKS, PIERCE, McLENDON, HUMPHREY & LEONARD, L.L.P.**
> 150 Fayetteville Street, Suite 1600
> Raleigh, NC 27601
> Telephone: (919) 839-0300
> Fax: (919) 839-0304
> *JThaller-Moran@BrooksPierce.com*
> *Attorney for Defendant*