IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>      Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>      Defendants. | No. 5:13-cv-607 |

**Amended Joint Exhibit List**

  Plaintiffs respectfully submit Exhibit A, an amended and updated version of the parties' Joint Exhibit List.

  Respectfully submitted this 15th day of December, 2015.

            /s/ Allison J. Riggs
            Anita S. Earls
            Allison J. Riggs
            George E. Eppsteiner
            SOUTHERN COALITION FOR SOCIAL JUSTICE
            1415 W. Highway 54, Suite 101

1

Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
anita@southerncoalition.org
allison@southerncoalition.org
george@southerncoalition.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      This is to certify that the undersigned has on this day electronically filed the foregoing **AMENDED JOINT EXHIBIT LIST** in the above-titled action with the Clerk of the Court using the CM/ECF system, which on the same date sent notification of the filing to the following:

Charles F. Marshall
Matthew B. Tynan
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville St.
Raleigh, NC 27601
cmarshall@brookspierce.com
mtynan@brookspierce.com

*Counsel for Wake County Board
of Elections*

This the 15th day of December, 2015.

                                                /s/ Allison J. Riggs
                                                Allison J. Riggs

                                                *Counsel for Plaintiffs*