IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

RALEIGH WAKE CITIZENS
ASSOCIATION, et al.

    Plaintiffs,

v.

WAKE COUNTY BOARD
OF ELECTIONS,

    Defendant.

No. 5:15-cv-156

CALLA WRIGHT, et al.,

    Plaintiffs,

v.

THE STATE OF NORTH CAROLINA, et al.,

    Defendants.

No. 5:13-cv-607

**Final Joint Exhibit List**

    Plaintiffs respectfully submit Exhibit A, an amended and final version of the parties' Joint Exhibit List.

    Respectfully submitted this 17th day of December, 2015.

/s/ Allison J. Riggs
Anita S. Earls
Allison J. Riggs
George E. Eppsteiner
SOUTHERN COALITION FOR SOCIAL JUSTICE
1415 W. Highway 54, Suite 101

1

Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
anita@southerncoalition.org
allison@southerncoalition.org
george@southerncoalition.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day electronically filed the foregoing **FINAL JOINT EXHIBIT LIST** in the above-titled action with the Clerk of the Court using the CM/ECF system, which on the same date sent notification of the filing to the following:

Charles F. Marshall
Matthew B. Tynan
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville St.
Raleigh, NC 27601
cmarshall@brookspierce.com
mtynan@brookspierce.com

*Counsel for Wake County Board of Elections*

This the 17th day of December, 2015.

/s/ Allison J. Riggs
Allison J. Riggs

*Counsel for Plaintiffs*