IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-156

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, JANNET B. BARNES, BEVERLEY S. CLARK, WILLIAM B. CLIFFORD, BRIAN FITZSIMMONS, GREG FLYNN, DUSTIN MATTHEW INGALLS, AMY T. LEE, ERVIN PORTMAN, SUSAN PORTMAN, JANE C. ROGERS, BARBARA D. VANDENBERGH, JOHN G. VANDENBERGH, AMY WOMBLE, and PERRY WOODS, <br><br>      Plaintiffs, <br><br>v. <br><br>WAKE COUNTY BOARD OF ELECTIONS, <br><br>      Defendant. | NOTICE OF APPEAL |

  Notice is hereby given that all Plaintiffs in the above-titled action hereby appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered in this action on the 26th day of February, 2016 (ECF No. 65).

  Respectfully submitted this 14th day of March, 2016.

                /s/ Anita S. Earls
                Anita S. Earls
                N.C. State Bar No. 15597
                anita@southerncoalition.org
                Allison J. Riggs
                N.C. State Bar No. 40028
                allison@southerncoalition.org
                George E. Eppsteiner
                N.C. State Bar No. 42812
                george@southerncoalition.org

1

SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has on this day electronically filed the foregoing **Notice of Appeal** in the above-titled action with the Clerk of the Court using the CM/ECF system, which on the same date sent notification of the filing to the following:

Charles F. Marshall
Matthew B. Tynan
Jessica Thaller-Moran
BROOKS, PIERCE, McLENDON,
HUMPHREY & LEONARD, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville St.
Raleigh, NC 27601
cmarshall@brookspierce.com
mtynan@brookspierce.com
jthaller-moran@brookspierce.com

*Counsel for Defendant Wake County Board of Elections*

This the 14th day of March, 2016.

/s/ Anita S. Earls  _____
Anita S. Earls
N.C. State Bar No. 15597
anita@southerncoalition.org
Allison J. Riggs
N.C. State Bar No. 40028
allison@southerncoalition.org
George E. Eppsteiner
N.C. State Bar No. 42812
george@southerncoalition.org
SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942

*Counsel for Plaintiffs*