# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 03/14/16<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>Eastern District of North Carolina<br>**Division:**<br>Western Division (Raleigh)<br>**Caption:**<br>Raleigh Wake Citizens Association, et al<br>v.<br>Barefoot, et al | **District Case No.:**<br>5:15-CV-156-D<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

| | |
|---|---|
| **Confinement**-Criminal Case:<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address**-Criminal Case: | **Fee Status:**<br>___ No fee required (USA appeal) ✓ Appeal fees paid in full ___ Fee not paid<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to 4CCA)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) |
| **District Judge:**<br>Honorable James C. Dever III | |
| **Court Reporter** (list all):<br>Joseph Spontarelli<br>David Collier<br><br><br><br>**Coordinator:** Shannon Proctor | **Sealed Status** (check all that apply):<br>___ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Record Status for Pro Se Appeals** (check any applicable):<br>___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | **Record Status for Counseled Appeals** (check any applicable):<br>✓ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

**Deputy Clerk:** Susan Tripp **Phone** 252-638-7507 **Date:** 03/15/16

01/2012