FILED: March 15, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1270
(5:15-cv-00156-D)

_____

RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES; BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS; GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE; PERRY WOODS

        Plaintiffs - Appellants

v.

WAKE COUNTY BOARD OF ELECTIONS

        Defendant - Appellee

and

CHAD BAREFOOT, in his official capacity as Senator and primary sponsor of SB 181; PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

        Defendants

This case has been opened on appeal.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Originating Case Number | 5:15-cv-00156-D |
| Date notice of appeal filed in originating court: | 03/14/2016 |
| Appellant (s) | Raleigh Wake Citizens Association, et al. |
| Appellate Case Number | 16-1270 |
| Case Manager | Ashley B. Webb<br>804-916-2704 |