FILED: March 29, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1270 (L)
(5:15-cv-00156-D)

_____

RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES; BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS; GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE; PERRY WOODS

   Plaintiffs - Appellants

v.

WAKE COUNTY BOARD OF ELECTIONS

   Defendant - Appellee

and

CHAD BAREFOOT, in his official capacity as Senator and primary sponsor of SB 181; PHILLIP E. BERGER, in his official capacity as President Pro Tempore of the North Carolina Senate; TIM MOORE, in his official capacity as Speaker of the North Carolina House of Representatives

   Defendants

_____

No. 16-1271
(5:13-cv-00607-D)

_____

CALLA WRIGHT; WILLIE J. BETHEL; AMY T. LEE; AMYGAYLE L. WOMBLE; JOHN G. VANDENBERGH; BARBARA VANDENBERGH; AJAMU G. DILLAHUNT; ELAINE E. DILLAHUNT; LUCINDA H. MACKETHAN; WILLIAM B. CLIFFORD; ANN LONG CAMPBELL; GREG FLYNN; BEVERLEY S. CLARK; CONCERNED CITIZENS FOR AFRICAN-AMERICAN CHILDREN, d/b/a Coalition of Concerned Citizens for African-American Children; RALEIGH WAKE CITIZENS ASSOCIATION

    Plaintiffs - Appellants

v.

WAKE COUNTY BOARD OF ELECTIONS

    Defendants - Appellees

STATE OF NORTH CAROLINA

    Defendant

------

O R D E R

------

The court consolidates Case No. 16-1270 and Case No. 16-1271. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk