Julie Richards Johnson, Clerk  
US District Clerk's Office nced west div  
PO Box 25670  
Raleigh NC 27611-5670

Apr 26 16 FILED

APR 2 9 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT EDNC
BY _____ DEP CLK

Please mail me your price for the docket sheets of your cases:
Raleigh Wake Cit Assn v Wake Co Bd Electns 5:15cv156-D  and
Calla Wright v State of NC & Wake Co Bd Electns 5:13cv607-D.

Mr. Robert M. Allensworth, #B14522  
Big Muddy River Correctional Center  
251 N IL-37  
Ina, IL 62846-2419

*Robert M Allensworth*

I got a copy of 5:15cv156-d Doc 65 2/26/16 p 1 & 2 of 2.