R. Allensworth 1515-22 TRCY
BMRCC 251 N IL 37
INA IL 62846 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

Julie Richards Johnston,

US District Clerk's Office
PO Box 25670

Raleigh NC 27611-5670