

Phone (919) 645-1700
Fax (919) 645-1750

Julie Richards
Johnston
Clerk of Court

# United States District Court
## Eastern District of North Carolina
### Office of the Clerk
PO Box 25670
Raleigh, NC 27611

April 29, 2016

Robert Allensworth
#B14522
251 N IL-37
Ina, IL 62846-2419

Re: 5:15-cv-156-D and 5:13-cv-607-D

Dear Mr. Allensworth:

The court is in receipt of your recent letter in the above-referenced matters.

The docket sheets are 15 and 18 pages long, respectively. They come to a total of $16.50, based on the Judicial Conference rate of $0.50/page. Please make your certified check or money order in the amount of $16.50, payable to Clerk, U. S. District Court and mail it to the address above, attention: Shannon Proctor. **Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

If this office can be of further assistance to you, please do not hesitate to contact us..

Sincerely yours,

Julie Richards Johnston, Clerk

Court Operations Specialist

ENCLOSED INMATE TRUST
FUND CHECK FOR $16.50

Robert M Allensworth