R ALLENSWORTH 0115-22 YDM

BMACC 251 N IC 37

IMA IC 62846 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED

02 1M
0004266687
MAILED FROM ZIP CODE 62846

$00.00

FOREVER
USA

Bank Swallow

CLERK, US DISTRICT COURT NCED

PO Box 25670   ATTN: PROCTOR

RALEIGH NC 27611

RECEIVED
MAY 09 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC

27611$5670 B013