```
Court Name: USDC
Division: 5
Receipt Number: RAL050029
Cashier ID: jade
Transaction Date: 05/09/2016
Payer Name: Big Muddy River Correctional

PAPER COPIES
 For: Big Muddy River Correctional
 Amount:      $16.50

CHECK
 Check/Money Order Num: 8109
 Amt Tendered:  $16.50

Total Due:     $16.50
Total Tendered: $16.50
Change Amt:    $0.00

 Copy request - 33 pages for
 5:15-cv-156 / 5:13-cv-607
```

RECEIVED

MAY 23 2016

JULIE RICHARDS JOHNSTON, CL
US DISTRICT COURT, EDNC

Chief Judge James C Dever III                 May 16 16

40+ docket entries (621,620,615,612,598) Veasey v Perry

2:13cv193 Corpus Christi are from me. I suggest a limited voting backup ballot where there may be problems with pay-to-play primary winners. This backup ballot may promote good behavior by winers andinhibit tyranny mayhem fear & divisiveness. I suggest challengers pay a deposit to get on the backup ballot and at least one district beyond their own.

I suggest Richmond and Norfolk flip flop sharing and having separtate US congmen. Personhuballah v Alcorn.

Robert M Allensworth B14522

BMRCC 251 N IL 37

Ina IL 62846 2419

I suggest special limited voting elections this year for Terrebonne Parish District judges, See Jul 21 2014 WL 3586549 and City of St Gabriel LA City council 89 FS3 843.

R ALLENSWORTH B19522 YB19
BMACC 251 N IC 37
IMA IL 62846 2419

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED



MAILED FROM ZIP CODE 62846

CHIEF JUDGE JAMES C DEVER
310 NEW BERN AVE
RALEIGH NC 27601

RECEIVED
MAY 23 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC