

**FILED**

JUN 0 9 2016

JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Phone (919) 645-1700
Fax (919) 645-1750

# United States District Court
## Eastern District of North Carolina
### Office of the Clerk
PO Box 25670
Raleigh, NC 27611

Julie Richards
Johnston
Clerk of Court

May 25, 2016

Robert Allensworth
#B14522
251 N IL-37
Ina, IL 62846-2419

$117.50 INMATE TRUST FUND CHECK
ENCLOSED.

Re: 5:13-cv-607-D and 5:15-cv-156

Robert M Allensworth B14522

Dear Mr. Allensworth:

The court is in receipt of your recent letter in the above-referenced matters.

In case 5:13-cv-607, the documents you have requested are 14 pages, which comes to a total of $7.00, and in case 5:15-cv-156, the documents you have requested are 221 pages, which comes to a total of $110.50, based on the Judicial Conference rate of $0.50/page. Please make your certified check or money order in the amount of $117.50, payable to Clerk, U. S. District Court and mail it to the address above, attention: Shannon Proctor. **Please be sure to include your name, case number, documents you are requesting, and the address where you would like the copies sent.**

If this office can be of further assistance to you, please do not hesitate to contact us..

Sincerely yours,

Julie Richards Johnston, Clerk

*S. Shannon Proctor*

Court Operations Specialist