R ALLENSWORTH B16722 YB14
BMRCC 27 N R 37
CNP RC 6282C 2719

IDOC INMATE MAIL
MONEY ORDERS NO
LONGER ACCEPTED



SHANNON PROCTOR, CLERK

CLERK, US DISTRICT COURT NCED

PO BOX 25670

RALEIGH NC 27611

RECEIVED
JUN 09 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC