# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>        Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>        Defendants. | No. 5:13-cv-607 |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, George E. Eppsteiner, counsel for Plaintiffs, pursuant to LR 83.1(g) and hereby moves the Court to allow the withdrawal of his appearance as counsel for Plaintiffs in this action. In support thereof, the undersigned states as follows:

1. The undersigned has accepted an employment position out of state and no

longer will be employed with the Southern Coalition for Social Justice after July 15, 2016.

2. As a result thereof, the undersigned will no longer be in a position to represent Plaintiffs in this action.

3. Remaining counsel of record for the Plaintiffs will remain as counsel to the Plaintiffs in this action.

WHEREFORE, the undersigned respectfully requests this Honorable Court grant the instant Motion and enter an Order, attached as <u>Exhibit A,</u> discharging George Eppsteiner as counsel for the Plaintiffs with an effective date of July 16, 2016.

This the 12th day of July, 2016          Respectfully submitted,

<u>By:    /s/ George E. Eppsteiner</u>
Anita S. Earls (State Bar #15597)
Allison J. Riggs (State Bar #40028)
George E. Eppsteiner (State Bar #42812)
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
Email: anita@southerncoalition.org
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this date I served a copy of the foregoing Motion to Withdraw as Counsel, with service to be made by electronic filing with the Clerk of the Court using the CM/ECF System, which will send a Notice of Electronic Filing to all parties with an e-mail address of record, who have appeared and consent to electronic service in this action.

This the 12th day of July, 2016.

/s/ George E. Eppsteiner
George E. Eppsteiner
N.C. State Bar No. 42812
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
george@southerncoalition.org
*Counsel for Plaintiffs*