| DATE | TIME | EVENT | Election | REFERENCE (N.C. GEN. STAT.) | RULE |
|---|---|---|---|---|---|
| 2/29/16 | | Standard deadline to file notice of candidacy if seeking party primary nomination for any county office | 2016 Gen | 163-106(c) | The last business day in February preceding the primary. |
| 6/24/16 | 12:00 PM | Deadline to file petitions with the Wake County Board of Elections to have name included on general election ballot as unaffiliated candidate for county election | 2016 Gen | 163-122 | The last Friday in June preceding the general election. |
| 07/26/16 | 5:00 PM | Write-in Candidacy Petition Deadline - deadline to have signatures verified by county board | 2016 Gen | 163-123 | 15 days before the date petition is due to be filed with the State Board of Elections |
| 07/26/16 | | Deadline to Submit Precinct Change Proposal | 2016 Gen | 163-132.3 | 105 days prior to the next election that the new precinct boundaries will be in effect. |
| 07/31/16 | | Publication of UOCAVA Election Notice | 2016 Gen | 163-258.16 | Not later than 100 days before election day |
| 08/05/16 | 12:00 PM | Deadline for Unaffiliated Presidential Candidate to provide VP name for ballot | 2016 Gen | 163-209 | No later than 12:00 noon on the first Friday in August of presidential election year |
| 08/10/16 | 12:00 PM | Verified Write-in Candidacy Petition Deadline - State Board of Elections Contests | 2016 Gen | 163-123 | 90 days before the general election date in even-numbered years |
| 08/10/16 | 12:00 PM | Write-in Candidacy Petition Deadline - County Board Contests | 2016 Gen | 163-123 | 90 days before the general election date in even-numbered years |
| 09/09/16 | | Party Nominee's right to withdraw as candidate | 2016 Gen | 163-113 | No later than the date absente ballots become available |
| 09/09/16 | | Absentee Voting - Date By Which Absentee Ballots Must be Available | 2016 Gen | 163-227.3(a) &163-258.9 | 60 days prior to a statewide general election |
| 09/24/16 | | Notice of Precinct/Voting Place Change | 2016 Gen | 163-128(a) | 45 days prior to next primary or election |
| 09/24/16 | | Publish legal notice of any special election | 2016 Gen | 163-287 | 45 days prior to the special election date |
| 09/24/16 | | Publish Election Notice 1 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 09/24/16 | | Mail Second Incomplete Notice | 2016 Gen | 163-82.4(e) | Within 45 days of the date of a general election |
| 09/30/16 | | Publish Election Notice 2 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 10/07/16 | | Publish Election Notice 3 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 10/09/16 | | Last day to mail notice of polling place changes. | 2016 Gen | 163-128 | No later than 30 days prior to the primary or election |
| 10/09/16 | | Notification to Voters of Precinct/Voting Place Change | 2016 Gen | 163-128(a) | 30 days prior to the primary or election |
| 10/14/16 | 5:00 PM | Voter Registration Deadline | 2016 Gen | 163-82.6(c) | 25 days before the primary or election day |
| 10/14/16 | | Voter Challenge Deadline - last day to challenge before Election Day | 2016 Gen | 163-85 | No later than 25 days before an election. |
| 10/19/16 | | Voter Registration Deadline - Exception for missing or unclear postmarked forms or forms submitted electronically by deadline | 2016 Gen | 163-82.6(c) ; 163-82.6(c1) | No later than 20 days before the election |
| 10/27/16 | | Absentee One Stop Voting Begins | 2016 Gen | 163-227.2(b) | Not earlier than the second Thursday before an election |
| 11/01/16 | 5:00 PM | Last day to request an absentee ballot by mail. | 2016 Gen | 163-230.1(a) | Not later than 5:00 p.m. on the Tuesday before the election |
| 11/01/16 | 5:00 PM | Late absentee requests allowed due to sickness or physical disability | 2016 Gen | 163-230.1(a1) | After 5:00 p.m. on the Tuesday before the election but not later than 5:00 p.m. on the day before the election. |

| DATE | TIME | EVENT | Election | REFERENCE (N.C. GEN. STAT.) | RULE |
|---|---|---|---|---|---|
| 11/03/16 | 10:00 AM | Election Day Observer/Runner List Due | 2016 Gen | 163-45(b) | By 10:00 a.m. on the 5th day prior to Election Day |
| 11/05/16 | 1:00 PM | Absentee One Stop Voting Ends | 2016 Gen | 163-227.2(b) | Not later than 1:00 p.m. on the last Saturday before the election |
| 11/07/16 | 5:00 PM | UOCAVA Voter Registration Deadline | 2016 Gen | 163-258.6 | No later than 5:00 p.m. on the day before election day. |
| 11/07/16 | 5:00 PM | UOCAVA Absentee Ballot Request Deadline | 2016 Gen | 163-258.7 | No later than 5:00 p.m. on the day before election day. |
| 11/08/16 | 5:00 PM | Civilian Absentee Return Deadline | 2016 Gen | 163-231(b)(1) | Not later than 5:00 p.m. on day of the primary or election |
| 11/08/16 | 5:00 PM | Begin Counting Absentee Ballots (Cannot announce before 7:30 p.m.) | 2016 Gen | 163-234 | 5:00 p.m. on election day unless an earlier time was set by resolution |
| 11/08/16 | | Distribute Election Day Absentee Abstract to SBOE | 2016 Gen | 163-234(6) | Election Day |
| 11/08/16 | 7:30 PM | UOCAVA absentee ballot return deadline - electronic | 2016 Gen | 163-258.10 | Close of polls on Election Day |
| 11/08/16 | 12:00 PM | Period to challenge an absentee ballot | 2016 Gen | 163-89 | No earlier than noon or later than 5:00 p.m. on Election Day |
| 11/08/16 | 6:30 AM | ELECTION DAY | 2016 Gen | 163-1 | Tuesday after the first Monday in November |
| 11/09/16 | | Sample Audit Count - Precincts Selection | 2016 Gen | 163-182.1(b)(1) | Within 24 hours of polls closing on Election Day |
| 11/14/16 | 5:00 PM | Civilian Absentee Return Deadline - Mail Exception | 2016 Gen | 163-231(b)(2) | If postmarked on or before election day and received not later than three days after the election |
| 11/17/16 | 12:00 PM | Deadline for provisional voters subject to VIVA ID to provide ID to county board | 2016 Gen | 163-166.13; 163-182.1A(c) | Not later than 12:00 noon the day prior to the time set for the county canvass. |
| 11/17/16 | 5:00 PM | UOCAVA Absentee Ballot Return Deadline - Mailed | 2016 Gen | 163-258.12 | By end of business on the business day before the county canvass. |
| 11/18/16 | 11:00 AM | County Canvass | 2016 Gen | 163-182.5(b) | 10 days after statewide general election |
| 11/18/16 | | Mail Abstract to State Board of Elections | 2016 Gen | 163-182.6 | 10 days after statewide general election |
| 11/18/16 | | Deadline for election protest concerning votes counted or tabulation of results | 2016 Gen | 163-182.9(b)(4)a | Before the beginning of the county canvass |
| 11/21/16 | 5:00 PM | Deadline for candidates in CBE jurisdictional contests to request recount | 2016 Gen | 163-182.7(b) | 5:00 p.m. on the first business day after the canvass |
| 11/22/16 | 5:00 PM | Deadline for candidates in SBOE jurisdictional contests to request recount | 2016 Gen | 163-182.7(c); 163-182.4(b)(5) | 5:00 p.m. on the second business day after the canvass |
| 11/22/16 | 5:00 PM | Deadline to file election protest concerning manner in which votes were counted or results were tabulated and there is cause for delay in filing | 2016 Gen | 163-182.9(b)(4)b | 5:00 p.m. on the second business day after the county canvass |
| 11/22/16 | 5:00 PM | Deadline to file election protest concerning any other irregularity than votes or tabulation of results | 2016 Gen | 163-182.9(b)(4)c | 5:00 p.m. on the second business day after the county canvass |
| 11/28/16 | | CBE issues certificates of nomination or election if no protest is pending | 2016 Gen | 163-182.15(a); 163-301 | Six days after the county canvass (In a Municipal Election, the rule is no earlier than 5 days and no later than 10 days after the certification of the election.) |
| 11/29/16 | | State Canvass | 2016 Gen | 163-182.5(c) | 11:00 a.m. on the Tuesday three weeks after election day. |
| 12/05/16 | | SBOE Issues Certification of Nomination or Election | 2016 Gen | 163-182.15 | 6 days after the State Canvass |
| 01/07/17 | | Report Results by Voting Tabulation Districts (VTD) | 2016 Gen | 163-132.5G | No later than 60 days after Election Day |