IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:15-CV-156-D |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) | |
| | | |
| CALLA WRIGHT, et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:13-CV-607-D |
| STATE OF NORTH CAROLINA, | ) ) ) | |
| Defendant. | ) | |

**ORDER**

Absent another order from the United States Court of Appeals for the Fourth Circuit, the mandate will not issue until August 2, 2016. See Fed. R. App. P. 41(b). When the mandate issues, this court will have jurisdiction. The court will hold a status conference concerning the remedy on Tuesday, August 2, 2016, at 4:00 p.m. in Courtroom One of the Terry Sanford Federal Building and United States Courthouse, Raleigh, North Carolina. Counsel for the parties shall be present. The court also requests that counsel for the North Carolina State Board of Elections and counsel for the legislative leaders be present.

At the status conference, the court intends to discuss the submissions of July 18, 2016, and a proposed schedule concerning the remedy. See [D.E. 81, 82, 83, 84]. The court would like to know (among other things) when the North Carolina State Board of Elections will be able to submit a proposed remedial plan (see [D.E. 81]) and when the legislative leaders will be able to submit the illustrative maps referenced in their submission. See [D.E. 84] 8. Furthermore, the court understands from plaintiffs that they want the court to adopt as court-ordered remedial plans the plans that were in effect in 2011. See [D.E. 82] 2.

The court DIRECTS the clerk of court to serve this order upon the office of the North Carolina Attorney General and DIRECTS that office to ensure proper service on counsel for the North Carolina State Board of Elections and counsel for the legislative leaders.

SO ORDERED. This **27** day of July 2016.

JAMES C. DEVER III
Chief United States District Judge