# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION
### Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:15-CV-156-D |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) ) | |
| Defendant. | ) | |
| CALLA WRIGHT, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:13-CV-607-D |
| STATE OF NORTH CAROLINA, | ) ) | |
| Defendant. | ) | |

## LEGISLATIVE LEADERS' NOTICE OF FILING

Speaker of the North Carolina House of Representatives, Tim Moore, and the President Pro Tem of the North Carolina Senate, Phil Berger (hereafter, "legislative leaders") hereby file the following exhibits requested by the Court in its August 2, 2016 hearing:

1.     Exhibit 1 is an illustrative map for a seven district plan for electing members of the Wake County School Board and the Wake County Board of Commissioners.

1

2.     Exhibit 2 is the standard stat pack that is attached to all plans considered by the North Carolina General Assembly. It includes population data, demographic data, and political data by district for the seven district plan for electing members of the Wake County School Board and the Wake County Board of Commissioners.

3.     Exhibit 3 is an illustrative map for a two district plan for electing members of the Wake County School Board and the Wake County Board of Commissioners.

4.     Exhibit 4 is the standard stat pack that is attached to all plans considered by the North Carolina General Assembly. It includes population data, demographic data, and political data by district for the two district plan for electing members of the Wake County School Board and the Wake County Board of Commissioners.

The legislative leaders have a USB flash drive in their possession that contains the bloc assignment files for the above-described exhibits. Because of their format, these files could not be filed electronically with the Court. As a result, the legislative leaders will be hand delivering a copy of the USB flash drive containing the block assignment files to the Clerk of Court and counsel for all parties.

While the legislative leaders will be delivering the bloc assignment files to the Court and counsel, all interested parties should be aware that these file may only be accessed through a software program known as Maptitude, or a similar GIS-based redistricting program. Should the Court so desire, the legislative leaders will make available to it a computer with these capabilities. At the Court's request, the legislative leaders can also assign a member of the General Assembly's non-partisan, professional staff to assist the Court in accessing and evaluating the information.

2

This, the 3rd day of August, 2016.

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.

By:  /s/Thomas A. Farr
Thomas A. Farr
N.C. State Bar No. 10871
Phillip J. Strach
N.C. State Bar No. 29456
Michael McKnight
N.C. State Bar No. 36932
thomas.farr@ogletreedeakins.com
phil.stach@ogletreedeakins.com
michael.mcknight@ogletreedeakins.com
4208 Six Forks Road, Suite 1100
Raleigh, North Carolina 27609
Telephone:  (919) 787-9700
Facsimile:  (919) 783-9412
*Counsel for Speaker Tim Moore and President
Pro Tem Phil Berger*

3

## **CERTIFICATE OF SERVICE**

I, Thomas A. Farr, hereby certify that I have this day filed the foregoing **NOTICE OF FILING** using the CM/ECF system which will send notification of such filing to all counsel of record.

Anita S. Earls
Allison J. Riggs
Clare R. Barnett
Southern Coalition for Social Justice
1415 Hwy. 54, Suite 101
Durham, NC  27707

Charles F. Marshall, III
Jessica Thaller-Moran
Brooks Pierce McLendon Humphrey & Leonard, LLP
P. O. Box 1800
150 Fayetteville St.
1600 Wells Fargo Capitol Center
Raleigh, NC 27601
919-839-0300
Fax: 919-839-0304
Email: cmarshall@brookspierce.com
Email: jthaller-moran@brookspierce.com

Matthew B. Tynan
Brooks Pierce McLendon Humphrey & Leonard, L.L.P.
2000 Renaissance Plaza
230 North Elm St.
Greensboro, NC 27401
336-271-3171
Fax: 336-232-9171
Email: mtynan@brookspierce.com

This, the 3rd day of August, 2016.

OGLETREE, DEAKINS, NASH
  SMOAK & STEWART, P.C.

/s/ Thomas A. Farr
Thomas A. Farr

4