| District | 2010 Pop | Ideal Pop | Ideal +/- | % +/- |
|---|---|---|---|---|
| 1 | 128,713 | 128,713 | 0 | 0.00% |
| 2 | 128,713 | 128,713 | 0 | 0.00% |
| 3 | 128,713 | 128,713 | 0 | 0.00% |
| 4 | 128,713 | 128,713 | 0 | 0.00% |
| 5 | 128,714 | 128,713 | 1 | 0.00% |
| 6 | 128,714 | 128,713 | 1 | 0.00% |
| 7 | 128,713 | 128,713 | 0 | 0.00% |

North Carolina General Assembly

Stat. Pack Report of Total Population by Race and Ethnicity
Wake 7 New

Data Source: 2010 Census

| | Total Population by Race | | | | | | | | | | | | | | | | Total Population by Ethnicity | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Total | White | % White | Black | % Black | NA | % NA | A/PI | % A/PI | Other | % Other | MR | % MR | MR Black | % MR Black | Total Black | Total % Black | Hisp | % Hisp | Non Hisp | % Non Hisp | White Non Hisp | % White Non Hisp |
| 1 | 128,713 | 91,019 | 70.71% | 25,223 | 19.60% | 658 | 0.51% | 3,023 | 2.35% | 5,562 | 4.32% | 3,228 | 2.51% | 1,520 | 1.18% | 26,743 | 20.78% | 11,887 | 9.24% | 116,826 | 90.76% | 86,115 | 66.90% |
| 2 | 128,713 | 109,451 | 85.03% | 9,764 | 7.59% | 325 | 0.25% | 4,713 | 3.66% | 2,198 | 1.71% | 2,262 | 1.76% | 872 | 0.68% | 10,636 | 8.26% | 5,864 | 4.56% | 122,849 | 95.44% | 106,289 | 82.58% |
| 3 | 128,713 | 59,817 | 46.47% | 46,989 | 36.51% | 860 | 0.67% | 5,108 | 3.97% | 11,658 | 9.06% | 4,281 | 3.33% | 2,444 | 1.90% | 49,433 | 38.41% | 22,512 | 17.49% | 106,201 | 82.51% | 51,850 | 40.28% |
| 4 | 128,713 | 54,413 | 42.27% | 58,922 | 45.78% | 682 | 0.53% | 3,216 | 2.50% | 8,443 | 6.56% | 3,037 | 2.36% | 1,816 | 1.41% | 60,738 | 47.19% | 15,681 | 12.18% | 113,032 | 87.82% | 49,085 | 38.14% |
| 5 | 128,714 | 83,402 | 64.80% | 20,554 | 15.97% | 762 | 0.59% | 13,581 | 10.55% | 6,601 | 5.13% | 3,814 | 2.96% | 1,640 | 1.27% | 22,194 | 17.24% | 14,271 | 11.09% | 114,443 | 88.91% | 77,341 | 60.09% |
| 6 | 128,714 | 102,383 | 79.54% | 10,484 | 8.15% | 609 | 0.47% | 9,583 | 7.45% | 3,000 | 2.33% | 2,655 | 2.06% | 955 | 0.74% | 11,439 | 8.89% | 8,278 | 6.43% | 120,436 | 93.57% | 97,904 | 76.06% |
| 7 | 128,713 | 97,061 | 75.41% | 14,574 | 11.32% | 607 | 0.47% | 9,716 | 7.55% | 3,466 | 2.69% | 3,289 | 2.56% | 1,321 | 1.03% | 15,895 | 12.35% | 9,429 | 7.33% | 119,284 | 92.67% | 91,952 | 71.44% |
| Totals: | 900,993 | 597,546 | 66.32% | 186,510 | 20.70% | 4,503 | 0.50% | 48,940 | 5.43% | 40,928 | 4.54% | 22,566 | 2.50% | 10,568 | 1.17% | 197,078 | 21.87% | 87,922 | 9.76% | 813,071 | 90.24% | 560,536 | 62.21% |

Date Printed: 07/28/2016
Plan_Wake_7_New_QC 07/11/2016 05:46:21 PM

Case 5:15-cv-00156-D   Document 91-2   Filed 08/03/16   Page 2 of 9
Page 2 of 9

A=Asian  NA=American Indian and Alaskan Native  PI=Native Hawaiian and other Pacific Islander
MR=Multi-Race  Hisp=Hispanic or Latino (of any race)

North Carolina General Assembly     Stat. Pack Report of Voting Age Population by Race and Ethnicity     Data Source: 2010 Census
Wake 7 New

| | Voting Age Population by Race | | | | | | | | | | | | | | | Total Population by Ethnicity | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Total | White | % White | Black | % Black | NA | % NA | A/PI | % A/PI | Other | % Other | MR | % MR | MR Black | % MR Black | Total Black | % Total Black | Hisp | % Hisp | Non Hisp | % Non Hisp | White Non Hisp | % White Non Hisp |
| 1 | 91,466 | 66,622 | 72.84% | 17,527 | 19.16% | 443 | 0.48% | 2,097 | 2.29% | 3,401 | 3.72% | 1,376 | 1.50% | 537 | 0.59% | 18,064 | 19.75% | 7,134 | 7.80% | 84,332 | 92.20% | 63,596 | 69.53% |
| 2 | 96,786 | 83,147 | 85.91% | 7,324 | 7.57% | 225 | 0.23% | 3,539 | 3.66% | 1,455 | 1.50% | 1,096 | 1.13% | 361 | 0.37% | 7,685 | 7.94% | 3,881 | 4.01% | 92,905 | 95.99% | 81,029 | 83.72% |
| 3 | 93,937 | 47,564 | 50.63% | 32,360 | 34.45% | 575 | 0.61% | 3,871 | 4.12% | 7,446 | 7.93% | 2,121 | 2.26% | 1,052 | 1.12% | 33,412 | 35.57% | 14,217 | 15.13% | 79,720 | 84.87% | 42,439 | 45.18% |
| 4 | 101,564 | 48,189 | 47.45% | 43,130 | 42.47% | 500 | 0.49% | 2,713 | 2.67% | 5,192 | 5.11% | 1,840 | 1.81% | 952 | 0.94% | 44,082 | 43.40% | 9,853 | 9.70% | 91,711 | 90.30% | 44,650 | 43.96% |
| 5 | 101,407 | 69,055 | 68.10% | 15,060 | 14.85% | 503 | 0.50% | 10,234 | 10.09% | 4,370 | 4.31% | 2,185 | 2.15% | 820 | 0.81% | 15,880 | 15.66% | 9,529 | 9.40% | 91,878 | 90.60% | 64,895 | 63.99% |
| 6 | 94,066 | 76,284 | 81.10% | 7,657 | 8.14% | 407 | 0.43% | 6,712 | 7.14% | 1,849 | 1.97% | 1,157 | 1.23% | 354 | 0.38% | 8,011 | 8.52% | 5,040 | 5.36% | 89,026 | 94.64% | 73,519 | 78.16% |
| 7 | 87,154 | 66,914 | 76.78% | 10,138 | 11.63% | 402 | 0.46% | 6,348 | 7.28% | 2,080 | 2.39% | 1,272 | 1.46% | 459 | 0.53% | 10,597 | 12.16% | 5,508 | 6.32% | 81,646 | 93.68% | 63,880 | 73.30% |
| Totals: | 666,380 | 457,775 | 68.70% | 133,196 | 19.99% | 3,055 | 0.46% | 35,514 | 5.33% | 25,793 | 3.87% | 11,047 | 1.66% | 4,535 | 0.68% | 137,731 | 20.67% | 55,162 | 8.28% | 611,218 | 91.72% | 434,008 | 65.13% |

Date Printed: 07/28/2016
Plan_Wake_7_New_QC 07/11/2016 05:46:21 PM
Case 5:15-cv-00156-D   Document 91-2   Filed 08/03/16   Page 3 of 9
Page 3 of 9
A=Asian  NA=American Indian and Alaskan Native  PI=Native Hawaiian and other Pacific Islander
MR=Multi-Race  Hisp=Hispanic or Latino (of any race)

| District | VR Total | Registration by Party ||||||||||||||| Registration by Race Without Regard to Party ||||
| | | %D | Racial %s among D's |||| %R | Racial %s among R's |||| %U | Racial %s among U's |||| %L | | | | |
| | | | White % of D | Black % of D | NA % of D | Other % of D | | White % of R | Black % of R | NA % of R | Other % of R | | White % of U | Black % of U | NA % of U | Other % of U | | % White | % Black | % NA | % Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 80,169 | 39.30% | 52.27% | 42.04% | 0.29% | 5.40% | 35.69% | 95.02% | 1.61% | 0.18% | 3.19% | 24.85% | 80.66% | 10.20% | 0.27% | 8.87% | 0.16% | 74.64% | 19.63% | 0.25% | 5.48% |
| 2 | 95,876 | 34.98% | 78.78% | 15.54% | 0.16% | 5.53% | 37.89% | 96.25% | 0.58% | 0.09% | 3.07% | 26.93% | 86.35% | 4.21% | 0.12% | 9.33% | 0.20% | 87.45% | 6.79% | 0.12% | 5.64% |
| 3 | 75,274 | 52.88% | 34.58% | 57.53% | 0.28% | 7.61% | 22.02% | 89.97% | 4.19% | 0.14% | 5.70% | 24.91% | 63.85% | 20.78% | 0.28% | 15.09% | 0.19% | 54.14% | 36.54% | 0.25% | 9.07% |
| 4 | 75,874 | 63.85% | 26.68% | 67.66% | 0.25% | 5.40% | 13.12% | 86.93% | 7.77% | 0.28% | 5.01% | 22.82% | 57.68% | 27.05% | 0.30% | 14.97% | 0.20% | 41.75% | 50.43% | 0.26% | 7.55% |
| 5 | 80,769 | 41.51% | 62.48% | 27.78% | 0.32% | 9.42% | 26.13% | 93.38% | 1.28% | 0.22% | 5.12% | 32.05% | 75.75% | 8.48% | 0.23% | 15.54% | 0.30% | 74.87% | 14.60% | 0.27% | 10.26% |
| 6 | 89,349 | 32.39% | 72.59% | 19.10% | 0.23% | 8.08% | 37.01% | 95.47% | 0.78% | 0.11% | 3.64% | 30.38% | 83.38% | 4.13% | 0.21% | 12.28% | 0.21% | 84.37% | 7.73% | 0.18% | 7.71% |
| 7 | 77,849 | 32.51% | 62.70% | 29.32% | 0.34% | 7.64% | 37.16% | 95.55% | 0.96% | 0.13% | 3.36% | 30.13% | 82.59% | 5.34% | 0.20% | 11.87% | 0.21% | 80.94% | 11.51% | 0.22% | 7.33% |
| Totals: | 575,160 | 41.92% | 52.85% | 39.99% | 0.26% | 6.90% | 30.35% | 94.31% | 1.69% | 0.15% | 3.85% | 27.52% | 77.03% | 10.28% | 0.22% | 12.47% | 0.21% | 72.15% | 20.11% | 0.22% | 7.52% |

D=Democratic, R=Republican, U=Unaffiliated, L=Libertarian, NA=American Indian. In this chart, the "Other" race categories also include multi-race voters and those voters for whom a race indicator was not present in the source data.

| District | Voter Registration by Gender ||||||| Voter Registration by Age |||||||||| Voter Registration by Ethnicity ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Male % | Female | Female % | Undes. || Total | 18-25 | 18-25 % | 26-40 | 26-40 % | 41-65 | 41-65 % | 66+ | 66+ % | Total | Hispanic | Hisp % | Non-Hisp | Non H % | Undesign. | Undes. % |
| 1 | 80,140 | 36,743 | 45.85% | 42,865 | 53.49% | 532 | 0.66% | 80,144 | 7,825 | 9.76% | 23,587 | 29.43% | 39,127 | 48.82% | 9,605 | 11.99% | 80,142 | 1,362 | 1.70% | 64,628 | 80.64% | 14,152 | 17.66% |
| 2 | 95,937 | 45,132 | 47.04% | 50,333 | 52.46% | 472 | 0.49% | 95,929 | 9,102 | 9.49% | 25,014 | 26.07% | 48,131 | 50.17% | 13,682 | 14.26% | 95,938 | 996 | 1.04% | 81,024 | 84.45% | 13,918 | 14.51% |
| 3 | 75,071 | 32,742 | 43.61% | 41,617 | 55.44% | 712 | 0.95% | 75,107 | 8,179 | 10.90% | 26,906 | 35.84% | 31,780 | 42.33% | 8,242 | 10.98% | 75,068 | 2,091 | 2.79% | 55,785 | 74.31% | 17,192 | 22.90% |
| 4 | 76,019 | 34,064 | 44.81% | 41,006 | 53.94% | 949 | 1.25% | 75,991 | 15,369 | 20.22% | 25,805 | 33.95% | 26,626 | 35.03% | 8,191 | 10.77% | 76,023 | 1,343 | 1.77% | 49,717 | 65.40% | 24,963 | 32.84% |
| 5 | 80,751 | 37,248 | 46.13% | 42,834 | 53.04% | 669 | 0.83% | 80,751 | 9,989 | 12.37% | 30,731 | 38.06% | 30,723 | 38.05% | 9,308 | 11.53% | 80,746 | 1,611 | 2.00% | 59,978 | 74.28% | 19,157 | 23.73% |
| 6 | 89,324 | 42,535 | 47.62% | 46,363 | 51.90% | 426 | 0.48% | 89,333 | 9,148 | 10.24% | 21,774 | 24.38% | 47,655 | 53.35% | 10,756 | 12.04% | 89,325 | 1,208 | 1.35% | 71,961 | 80.56% | 16,156 | 18.09% |
| 7 | 77,918 | 36,594 | 46.96% | 40,921 | 52.52% | 403 | 0.52% | 77,905 | 6,908 | 8.87% | 25,487 | 32.71% | 38,232 | 49.07% | 7,278 | 9.34% | 77,918 | 1,380 | 1.77% | 60,986 | 78.27% | 15,552 | 19.96% |
| Totals: | 575,160 | 265,058 | 46.08% | 305,939 | 53.19% | 4,163 | 0.72% | 575,160 | 66,520 | 11.57% | 179,304 | 31.17% | 262,274 | 45.60% | 67,062 | 11.66% | 575,160 | 9,991 | 1.74% | 444,079 | 77.21% | 121,090 | 21.05% |

Date Printed: 07/28/2016
Plan_Wake_7_New_QC 07/11/2016 05:46:21 PM
Case 5:15-cv-00156-D  Document 91-2  Filed 08/03/16  Page 5 of 9
Page 5 of 9
Please note that if a district splits VTDs, there may be differences in the totals Reflected at the district level, due to the mechanics of the process by which VTD-Level values are allocated down to the census block level

| District | 2004 Auditor Campbell-Merritt | | | | 2004 Governor Easley-Ballantine-Howe | | | | | | 2004 President Kerry-Bush-Badnarik | | | | | | | | 2004 US Senate Bowles-Burr-Bailey | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % |
| 1 | 11,561 | 42.75% | 15,484 | 57.25% | 14,516 | 51.68% | 13,189 | 46.96% | 381 | 1.36% | 10,612 | 37.98% | 17,217 | 61.63% | 96 | 0.34% | 13 | 0.05% | 11,545 | 41.76% | 15,755 | 56.98% | 348 | 1.26% | 0 | 0.00% |
| 2 | 20,889 | 44.47% | 26,085 | 55.53% | 26,378 | 53.53% | 22,224 | 45.10% | 672 | 1.36% | 19,624 | 39.82% | 29,437 | 59.73% | 185 | 0.38% | 37 | 0.08% | 21,111 | 43.38% | 27,058 | 55.60% | 500 | 1.03% | 0 | 0.00% |
| 3 | 17,142 | 59.86% | 11,494 | 40.14% | 18,878 | 63.71% | 10,199 | 34.42% | 552 | 1.86% | 16,254 | 55.19% | 13,036 | 44.26% | 140 | 0.48% | 20 | 0.07% | 16,925 | 58.04% | 11,797 | 40.45% | 440 | 1.51% | 0 | 0.00% |
| 4 | 21,165 | 75.77% | 6,770 | 24.23% | 22,056 | 76.42% | 6,261 | 21.69% | 545 | 1.89% | 20,691 | 72.11% | 7,829 | 27.29% | 129 | 0.45% | 44 | 0.15% | 21,150 | 74.26% | 6,993 | 24.55% | 337 | 1.18% | 0 | 0.00% |
| 5 | 16,669 | 54.60% | 13,862 | 45.40% | 19,805 | 61.42% | 11,728 | 36.37% | 714 | 2.21% | 16,688 | 51.71% | 15,353 | 47.57% | 199 | 0.62% | 35 | 0.11% | 17,141 | 53.94% | 14,043 | 44.19% | 595 | 1.87% | 0 | 0.00% |
| 6 | 16,614 | 42.11% | 22,840 | 57.89% | 21,693 | 51.97% | 19,373 | 46.41% | 676 | 1.62% | 16,097 | 38.54% | 25,430 | 60.88% | 210 | 0.50% | 32 | 0.08% | 17,031 | 41.39% | 23,487 | 57.08% | 629 | 1.53% | 0 | 0.00% |
| 7 | 11,827 | 41.64% | 16,574 | 58.36% | 15,193 | 50.75% | 14,284 | 47.71% | 462 | 1.54% | 11,211 | 37.50% | 18,542 | 62.02% | 122 | 0.41% | 23 | 0.08% | 11,965 | 40.56% | 17,110 | 58.00% | 423 | 1.43% | 0 | 0.00% |
| Totals: | 115,867 | 50.60% | 113,109 | 49.40% | 138,519 | 57.77% | 97,258 | 40.56% | 4,002 | 1.67% | 111,177 | 46.46% | 126,844 | 53.00% | 1,081 | 0.45% | 204 | 0.09% | 116,868 | 49.44% | 116,243 | 49.18% | 3,272 | 1.38% | 0 | 0.00% |

North Carolina General Assembly  Elections 2008 Results - 1  Data Source: NC Board of Elections
Wake 7 New

| District | 2008 A. G. Cooper-Crumley ||||2008 Comm. Ag Ansley-Troxler ||||2008 Comm. of Labor Donnan-Berry ||||2008 State Auditor Wood-Merrit ||||2008 Comm. of Insurance Goodwin-Odom |||||||| 2008 Super.of P.I. Atkinson-Morgan ||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % |
| 1 | 36,548 | 61.57% | 22,812 | 38.43% | 24,409 | 41.59% | 34,277 | 58.41% | 25,703 | 44.10% | 32,585 | 55.90% | 27,022 | 46.31% | 31,331 | 53.69% | 27,575 | 47.31% | 28,501 | 48.90% | 2,178 | 3.74% | 33 | 0.06% | 29,706 | 51.08% | 28,447 | 48.92% |
| 2 | 47,092 | 62.27% | 28,534 | 37.73% | 27,236 | 36.74% | 46,891 | 63.26% | 29,786 | 40.35% | 44,030 | 59.65% | 31,620 | 42.90% | 42,087 | 57.10% | 33,118 | 44.80% | 38,103 | 51.55% | 2,655 | 3.59% | 43 | 0.06% | 37,238 | 50.65% | 36,276 | 49.35% |
| 3 | 42,578 | 76.39% | 13,160 | 23.61% | 33,539 | 60.96% | 21,479 | 39.04% | 34,363 | 62.61% | 20,517 | 37.39% | 35,944 | 65.55% | 18,887 | 34.45% | 35,777 | 64.99% | 17,266 | 31.36% | 1,981 | 3.60% | 27 | 0.05% | 37,758 | 69.00% | 16,967 | 31.00% |
| 4 | 47,021 | 85.24% | 8,145 | 14.76% | 40,872 | 74.78% | 13,787 | 25.22% | 41,640 | 76.28% | 12,945 | 23.72% | 42,453 | 78.09% | 11,908 | 21.91% | 42,704 | 78.23% | 10,007 | 18.33% | 1,833 | 3.36% | 44 | 0.08% | 44,151 | 81.16% | 10,252 | 18.84% |
| 5 | 40,620 | 70.89% | 16,682 | 29.11% | 29,139 | 51.76% | 27,154 | 48.24% | 30,767 | 54.79% | 25,389 | 45.21% | 32,187 | 57.50% | 23,792 | 42.50% | 32,706 | 58.22% | 20,563 | 36.61% | 2,871 | 5.11% | 34 | 0.06% | 35,343 | 63.22% | 20,561 | 36.78% |
| 6 | 40,925 | 60.60% | 26,604 | 39.40% | 24,887 | 37.51% | 41,456 | 62.49% | 26,946 | 40.77% | 39,154 | 59.23% | 28,936 | 43.94% | 36,923 | 56.06% | 29,835 | 45.30% | 32,964 | 50.05% | 3,012 | 4.57% | 46 | 0.07% | 32,702 | 49.69% | 33,110 | 50.31% |
| 7 | 33,595 | 58.96% | 23,384 | 41.04% | 21,991 | 39.25% | 34,035 | 60.75% | 23,244 | 41.57% | 32,670 | 58.43% | 25,127 | 45.08% | 30,610 | 54.92% | 25,022 | 44.86% | 27,687 | 49.64% | 3,021 | 5.42% | 43 | 0.08% | 27,209 | 48.86% | 28,476 | 51.14% |
| Totals: | 288,379 | 67.43% | 139,321 | 32.57% | 202,073 | 47.98% | 219,079 | 52.02% | 212,449 | 50.61% | 207,290 | 49.39% | 223,289 | 53.31% | 195,538 | 46.69% | 226,737 | 54.03% | 175,091 | 41.72% | 17,551 | 4.18% | 270 | 0.06% | 244,107 | 58.37% | 174,089 | 41.63% |

Plan_Wake_7_New_QC 07/11/2016 05:46:21 PM

Case 5:15-cv-00156-D  Document 91-2  Filed 08/03/16  Page 7 of 9

Page 7 of 9

| District | 2008 Lt. Governor Dalton-Pittenger-Rhodes ||||||  2008 Governor Perdue-McCrory-Munger |||||| 2008 President Obama-McCain-Barr |||||||| 2008 US Senate Hagan-Dole |||||| 2008 Straight Party ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % | Other | Other % | Dem | Dem % | Rep | Rep % | Lib. | Lib% |
| 1 | 27,919 | 47.03% | 29,617 | 49.89% | 1,833 | 3.09% | 27,790 | 45.89% | 30,840 | 50.93% | 1,929 | 3.19% | 29,386 | 48.13% | 31,063 | 50.88% | 414 | 0.68% | 188 | 0.31% | 29,632 | 48.90% | 29,181 | 48.15% | 1,790 | 2.95% | 15,537 | 51.59% | 14,388 | 47.77% | 193 | 0.64% |
| 2 | 33,676 | 44.70% | 39,087 | 51.88% | 2,577 | 3.42% | 31,784 | 41.10% | 42,616 | 55.10% | 2,937 | 3.80% | 37,594 | 48.19% | 39,698 | 50.88% | 495 | 0.63% | 232 | 0.30% | 37,000 | 47.77% | 38,466 | 49.66% | 1,987 | 2.57% | 15,310 | 46.59% | 17,329 | 52.73% | 223 | 0.68% |
| 3 | 36,271 | 65.00% | 17,698 | 31.72% | 1,830 | 3.28% | 35,700 | 62.86% | 19,170 | 33.75% | 1,922 | 3.38% | 38,771 | 67.69% | 18,008 | 31.44% | 312 | 0.54% | 185 | 0.32% | 37,934 | 66.73% | 17,298 | 30.43% | 1,611 | 2.83% | 22,719 | 73.21% | 8,087 | 26.06% | 226 | 0.73% |
| 4 | 43,174 | 78.23% | 10,330 | 18.72% | 1,683 | 3.05% | 42,201 | 75.02% | 12,234 | 21.75% | 1,817 | 3.23% | 46,156 | 81.03% | 10,356 | 18.18% | 296 | 0.52% | 153 | 0.27% | 44,661 | 79.32% | 10,322 | 18.33% | 1,319 | 2.34% | 30,237 | 86.53% | 4,492 | 12.86% | 213 | 0.61% |
| 5 | 32,972 | 57.52% | 21,810 | 38.05% | 2,542 | 4.43% | 32,062 | 54.47% | 23,959 | 40.70% | 2,840 | 4.82% | 36,955 | 61.96% | 21,974 | 36.85% | 443 | 0.74% | 267 | 0.45% | 35,676 | 60.45% | 21,256 | 36.02% | 2,084 | 3.53% | 18,130 | 64.69% | 9,614 | 34.31% | 281 | 1.00% |
| 6 | 29,741 | 44.08% | 35,206 | 52.18% | 2,521 | 3.74% | 29,059 | 41.90% | 37,699 | 54.36% | 2,598 | 3.75% | 33,578 | 47.96% | 35,681 | 50.96% | 535 | 0.76% | 220 | 0.31% | 33,095 | 47.65% | 34,107 | 49.10% | 2,258 | 3.25% | 14,304 | 46.76% | 16,041 | 52.44% | 244 | 0.80% |
| 7 | 25,082 | 43.92% | 29,732 | 52.06% | 2,293 | 4.02% | 25,436 | 43.40% | 30,726 | 52.43% | 2,443 | 4.17% | 28,451 | 47.99% | 30,221 | 50.98% | 436 | 0.74% | 177 | 0.30% | 27,776 | 47.33% | 28,798 | 49.08% | 2,107 | 3.59% | 13,079 | 48.07% | 13,919 | 51.15% | 213 | 0.78% |
| Totals: | 228,835 | 53.52% | 183,480 | 42.91% | 15,279 | 3.57% | 224,032 | 51.18% | 197,244 | 45.06% | 16,486 | 3.77% | 250,891 | 56.73% | 187,001 | 42.28% | 2,931 | 0.66% | 1,422 | 0.32% | 245,774 | 56.07% | 179,428 | 40.93% | 13,156 | 3.00% | 129,316 | 60.21% | 83,870 | 39.05% | 1,593 | 0.74% |

|  | 2010 Straight Party | | | | | | 2010 US Senate Marshall-Burr | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Dem | Dem % | Rep | Rep % | Lib. | Lib % | Dem | Dem % | Rep | Rep % | Other | Other % |
| 1 | 8,788 | 43.88% | 11,166 | 55.75% | 73 | 0.36% | 15,750 | 40.62% | 22,134 | 57.08% | 893 | 2.30% |
| 2 | 8,886 | 38.58% | 14,045 | 60.98% | 103 | 0.45% | 21,230 | 39.44% | 31,348 | 58.24% | 1,245 | 2.31% |
| 3 | 13,104 | 68.02% | 6,073 | 31.52% | 88 | 0.46% | 21,256 | 61.83% | 12,373 | 35.99% | 747 | 2.17% |
| 4 | 15,879 | 84.50% | 2,840 | 15.11% | 73 | 0.39% | 24,100 | 77.97% | 6,265 | 20.27% | 544 | 1.76% |
| 5 | 9,250 | 56.90% | 6,906 | 42.48% | 101 | 0.62% | 18,495 | 53.29% | 15,158 | 43.68% | 1,052 | 3.03% |
| 6 | 8,507 | 39.47% | 12,947 | 60.07% | 98 | 0.45% | 18,283 | 39.33% | 27,065 | 58.22% | 1,140 | 2.45% |
| 7 | 7,455 | 40.86% | 10,699 | 58.64% | 90 | 0.49% | 14,210 | 38.40% | 21,789 | 58.88% | 1,005 | 2.72% |
| Totals: | 71,869 | 52.39% | 64,676 | 47.15% | 626 | 0.46% | 133,324 | 48.29% | 136,132 | 49.31% | 6,626 | 2.40% |