| District | 2010 Pop | Ideal Pop | Ideal +/- | % +/- |
|---|---|---|---|---|
| 1 | 450,497 | 450,497 | 0 | 0.00% |
| 2 | 450,496 | 450,497 | -1 | 0.00% |

| | Total Population by Race | | | | | | | | | | | | | | | Total Population by Ethnicity | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Total | White | % White | Black | % Black | NA | % NA | A/PI | % A/PI | Other | % Other | MR | % MR | MR Black | % MR Black | Total Black | Total % Black | Hisp | % Hisp | Non Hisp | % Non Hisp | White Non Hisp | % White Non Hisp |
| 1 | 450,497 | 249,676 | 55.42% | 132,320 | 29.37% | 2,520 | 0.56% | 25,252 | 5.61% | 28,341 | 6.29% | 12,388 | 2.75% | 6,407 | 1.42% | 138,727 | 30.79% | 56,226 | 12.48% | 394,271 | 87.52% | 228,535 | 50.73% |
| 2 | 450,496 | 347,870 | 77.22% | 54,190 | 12.03% | 1,983 | 0.44% | 23,688 | 5.26% | 12,587 | 2.79% | 10,178 | 2.26% | 4,161 | 0.92% | 58,351 | 12.95% | 31,696 | 7.04% | 418,800 | 92.96% | 332,001 | 73.70% |
| | | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | 0 | 0.00% | | 0.00% | | 0.00% | | 0.00% |
| Totals: | 900,993 | 597,546 | 66.32% | 186,510 | 20.70% | 4,503 | 0.50% | 48,940 | 5.43% | 40,928 | 4.54% | 22,566 | 2.50% | 10,568 | 1.17% | 197,078 | 21.87% | 87,922 | 9.76% | 813,071 | 90.24% | 560,536 | 62.21% |

Date Printed: 07/28/2016
Plan_Wake_At_Large_New_QC 07/12/2016 09:45:56 AM
Case 5:15-cv-00156-D Document 91-4 Filed 08/03/16 Page 2 of 9
Page 2 of 9
A=Asian NA=American Indian and Alaskan Native PI=Native Hawaiian and other Pacific Islander
MR=Multi-Race Hisp=Hispanic or Latino (of any race)

| | Voting Age Population by Race | | | | | | | | | | | | | | | Total Population by Ethnicity | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| District | Total | White | % White | Black | % Black | NA | % NA | A/PI | % A/PI | Other | % Other | MR | % MR | MR Black | % MR Black | Total Black | % Total Black | Hisp | % Hisp | Non Hisp | % Non Hisp | White Non Hisp | % White Non Hisp |
| 1 | 346,442 | 205,591 | 59.34% | 94,949 | 27.41% | 1,730 | 0.50% | 19,234 | 5.55% | 18,129 | 5.23% | 6,809 | 1.97% | 3,056 | 0.88% | 98,005 | 28.29% | 36,196 | 10.45% | 310,246 | 89.55% | 191,504 | 55.28% |
| 2 | 319,938 | 252,184 | 78.82% | 38,247 | 11.95% | 1,325 | 0.41% | 16,280 | 5.09% | 7,664 | 2.40% | 4,238 | 1.32% | 1,479 | 0.46% | 39,726 | 12.42% | 18,966 | 5.93% | 300,972 | 94.07% | 242,504 | 75.80% |
| | | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | 0 | 0.00% | | 0.00% | | 0.00% | | 0.00% |
| Totals: | 666,380 | 457,775 | 68.70% | 133,196 | 19.99% | 3,055 | 0.46% | 35,514 | 5.33% | 25,793 | 3.87% | 11,047 | 1.66% | 4,535 | 0.68% | 137,731 | 20.67% | 55,162 | 8.28% | 611,218 | 91.72% | 434,008 | 65.13% |

Date Printed: 07/28/2016
Plan_Wake_At_Large_New_QC 07/12/2016 09:45:56 AM
Case 5:15-cv-00156-D  Document 91-4  Filed 08/03/16  Page 3 of 9
Page 3 of 3
A=Asian  NA=American Indian and Alaskan Native  PI=Native Hawaiian and other Pacific Islander
MR=Multi-Race  Hisp=Hispanic or Latino (of any race)

| District | VR Total | Registration by Party ||||||||||||||| Registration by Race Without Regard to Party ||||
| | | % D | Racial %s among D's ||| | % R | Racial %s among R's ||| | % U | Racial %s among U's ||| | % L | | | | |
| | | | White % of D | Black % of D | NA % of D | Other % of D | | White % of R | Black % of R | NA % of R | Other % of R | | White % of U | Black % of U | NA % of U | Other % of U | | % White | % Black | % NA | % Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 278,712 | 50.31% | 44.09% | 48.57% | 0.27% | 7.07% | 22.72% | 92.17% | 2.92% | 0.17% | 4.74% | 26.73% | 69.99% | 15.30% | 0.25% | 14.46% | 0.23% | 62.02% | 29.21% | 0.24% | 8.53% |
| 2 | 296,448 | 34.02% | 65.02% | 28.05% | 0.26% | 6.66% | 37.53% | 95.53% | 0.99% | 0.13% | 3.35% | 28.26% | 83.29% | 5.81% | 0.20% | 10.70% | 0.19% | 81.68% | 11.56% | 0.19% | 6.57% |
| Totals: | 575,160 | 41.92% | 52.85% | 39.99% | 0.26% | 6.90% | 30.35% | 94.31% | 1.69% | 0.15% | 3.85% | 27.52% | 77.03% | 10.28% | 0.22% | 12.47% | 0.21% | 72.15% | 20.11% | 0.22% | 7.52% |

D=Democratic, R=Republican, U=Unaffiliated, L=Libertarian, NA=American Indian. In this chart, the "Other" race categories also include multi-race voters and those voters for whom a race indicator was not present in the source data.

| District | Voter Registration by Gender ||||||| Voter Registration by Age ||||||||| Voter Registration by Ethnicity ||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Total | Male | Male % | Female | Female % | Undes. || Total | 18-25 | 18-25 % | 26-40 | 26-40 % | 41-65 | 41-65 % | 66+ | 66+ % | Total | Hispanic | Hisp % | Non-Hisp | Non H % | Undesign. | Undes. % |
| 1 | 278,779 | 125,794 | 45.12% | 150,389 | 53.95% | 2,596 | 0.93% | 278,757 | 37,849 | 13.58% | 98,240 | 35.24% | 110,202 | 39.53% | 32,466 | 11.65% | 278,773 | 5,650 | 2.03% | 203,773 | 73.10% | 69,350 | 24.88% |
| 2 | 296,381 | 139,264 | 46.99% | 155,550 | 52.48% | 1,567 | 0.53% | 296,403 | 28,671 | 9.67% | 81,064 | 27.35% | 152,072 | 51.31% | 34,596 | 11.67% | 296,387 | 4,341 | 1.46% | 240,306 | 81.08% | 51,740 | 17.46% |
| | 0 | | 0.00% | | 0.00% | | 0.00% | 0 | | 0.00% | | 0.00% | | 0.00% | | 0.00% | 0 | | 0.00% | | 0.00% | | 0.00% |
| Totals: | 575,160 | 265,058 | 46.08% | 305,939 | 53.19% | 4,163 | 0.72% | 575,160 | 66,520 | 11.57% | 179,304 | 31.17% | 262,274 | 45.60% | 67,062 | 11.66% | 575,160 | 9,991 | 1.74% | 444,079 | 77.21% | 121,090 | 21.05% |

Date Printed: 07/28/2016
Plan_Wake_At_Large_New_QC 07/12/2016 09:45:56 AM
Case 5:15-cv-00156-D  Document 91-4  Filed 08/03/16  Page 5 of 9
Page 5 of 9
Please note that if a district splits VTDs, there may be differences in the totals Reflected at the district level, due to the mechanics of the process by which VTD-Level values are allocated down to the census block level

| District | 2004 Auditor Campbell-Merritt ||||  2004 Governor Easley-Ballantine-Howe ||||||| 2004 President Kerry-Bush-Badnarik ||||||||| 2004 US Senate Bowles-Burr-Bailey |||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % |
| 1 | 66,305 | 60.34% | 43,572 | 39.66% | 74,412 | 64.91% | 38,034 | 33.18% | 2,191 | 1.91% | 64,316 | 56.25% | 49,342 | 43.15% | 570 | 0.50% | 119 | 0.10% | 66,664 | 58.98% | 44,732 | 39.58% | 1,630 | 1.44% | 0 | 0.00% |
| 2 | 49,562 | 41.61% | 69,537 | 58.39% | 64,107 | 51.23% | 59,224 | 47.33% | 1,811 | 1.45% | 46,861 | 37.50% | 77,502 | 62.02% | 511 | 0.41% | 85 | 0.07% | 50,204 | 40.70% | 71,511 | 57.97% | 1,642 | 1.33% | 0 | 0.00% |
|  |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% | 0 | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Totals: | 115,867 | 50.60% | 113,109 | 49.40% | 138,519 | 57.77% | 97,258 | 40.56% | 4,002 | 1.67% | 111,177 | 46.46% | 126,844 | 53.00% | 1,081 | 0.45% | 204 | 0.09% | 116,868 | 49.44% | 116,243 | 49.18% | 3,272 | 1.38% | 0 | 0.00% |

Election data is estimated since it is collected at the precinct level and districts are created at the census block level.

| District | 2008 A. G. Cooper-Crumley ||||  2008 Comm. Ag Ansley-Troxler |||| 2008 Comm. of Labor Donnan-Berry |||| 2008 State Auditor Wood-Merrit |||| 2008 Comm. of Insurance Goodwin-Odom |||||||| 2008 Super.of P.I. Atkinson-Morgan ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % |
| 1 | 154,982 | 75.64% | 49,908 | 24.36% | 118,365 | 58.62% | 83,567 | 41.38% | 122,983 | 61.04% | 78,505 | 38.96% | 127,660 | 63.55% | 73,227 | 36.45% | 129,185 | 64.05% | 64,378 | 31.92% | 8,009 | 3.97% | 127 | 0.06% | 137,231 | 68.38% | 63,454 | 31.62% |
| 2 | 133,397 | 59.87% | 89,413 | 40.13% | 83,708 | 38.18% | 135,512 | 61.82% | 89,466 | 40.99% | 128,785 | 59.01% | 95,629 | 43.88% | 122,311 | 56.12% | 97,552 | 44.76% | 110,713 | 50.80% | 9,542 | 4.38% | 143 | 0.07% | 106,876 | 49.14% | 110,635 | 50.86% |
|  |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Totals: | 288,379 | 67.43% | 139,321 | 32.57% | 202,073 | 47.98% | 219,079 | 52.02% | 212,449 | 50.61% | 207,290 | 49.39% | 223,289 | 53.31% | 195,538 | 46.69% | 226,737 | 54.03% | 175,091 | 41.72% | 17,551 | 4.18% | 270 | 0.06% | 244,107 | 58.37% | 174,089 | 41.63% |

| District | 2008 Lt. Governor Dalton-Pittenger-Rhodes ||||||  2008 Governor Perdue-McCrory-Munger |||||| 2008 President Obama-McCain-Barr |||||||| 2008 US Senate Hagan-Dole |||||| 2008 Straight Party ||||||
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Dem | Dem % | Rep | Rep % | Lib | Lib % | Other | Other % | Dem | Dem % | Rep | Rep % | Other | Other % | Dem | Dem % | Rep | Rep % | Lib. | Lib% |
| 1 | 130,724 | 63.82% | 66,794 | 32.61% | 7,322 | 3.57% | 127,180 | 60.73% | 74,233 | 35.45% | 7,997 | 3.82% | 142,138 | 67.12% | 67,612 | 31.93% | 1,294 | 0.61% | 722 | 0.34% | 138,040 | 65.81% | 65,672 | 31.31% | 6,031 | 2.88% | 79,485 | 72.63% | 29,125 | 26.61% | 834 | 0.76% |
| 2 | 98,111 | 44.04% | 116,686 | 52.38% | 7,957 | 3.57% | 96,852 | 42.41% | 123,011 | 53.87% | 8,489 | 3.72% | 108,753 | 47.19% | 119,389 | 51.80% | 1,637 | 0.71% | 700 | 0.30% | 107,734 | 47.12% | 113,756 | 49.76% | 7,125 | 3.12% | 49,831 | 47.31% | 54,745 | 51.97% | 759 | 0.72% |
|  |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% | 0 | 0.00% |  | 0.00% |  | 0.00% |  | 0.00% |
| Totals: | 228,835 | 53.52% | 183,480 | 42.91% | 15,279 | 3.57% | 224,032 | 51.18% | 197,244 | 45.06% | 16,486 | 3.77% | 250,891 | 56.73% | 187,001 | 42.28% | 2,931 | 0.66% | 1,422 | 0.32% | 245,774 | 56.07% | 179,428 | 40.93% | 13,156 | 3.00% | 129,316 | 60.21% | 83,870 | 39.05% | 1,593 | 0.74% |

| District | 2010 Straight Party | | | | | | 2010 US Senate Marshall-Burr | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dem | Dem % | Rep | Rep % | Lib. | Lib % | Dem | Dem % | Rep | Rep % | Other | Other % |
| 1 | 43,015 | 66.43% | 21,431 | 33.10% | 310 | 0.48% | 75,171 | 59.94% | 47,327 | 37.74% | 2,910 | 2.32% |
| 2 | 28,854 | 39.85% | 43,245 | 59.72% | 316 | 0.44% | 58,153 | 38.60% | 88,805 | 58.94% | 3,716 | 2.47% |
| | | 0.00% | | 0.00% | | 0.00% | | 0.00% | | 0.00% | 0 | 0.00% |
| Totals: | 71,869 | 52.39% | 64,676 | 47.15% | 626 | 0.46% | 133,324 | 48.29% | 136,132 | 49.31% | 6,626 | 2.40% |