IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

WESTERN DIVISION

Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.<br><br>      Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>      Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>      Defendants. | No. 5:13-cv-607 |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

This matter is before this Court on a motion by Plaintiffs' counsel, George Eppsteiner, for Mr. Eppsteiner to be discharged as counsel for Plaintiffs. For the reasons set forth in the Motion to Withdraw as Counsel, and for good cause shown, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel is GRANTED, and George Eppsteiner shall be discharged as counsel for Plaintiffs effective July 16, 2016. Remaining counsel of record for Plaintiffs shall remain as counsel for Plaintiffs in this matter.

SO ORDERED. This 3 day of August 2016.

JAMES C. DEVER III
Chief United States District Judge