IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:15-CV-156-D |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) ) | |
| Defendant. | ) ) | |
| | | |
| CALLA WRIGHT, et al., | ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No. 5:13-CV-607-D |
| STATE OF NORTH CAROLINA, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

In the submission of the Wake County Board of Elections of July 18, 2016, the Wake County Board of Elections noted that Wake County has a population of nearly 1,000,000 people and explained all of the logistical events that must be completed for orderly elections on November 8, 2016. See [D.E. 83, 83-1, 83-2].[1] The Wake County Board of Elections also explained that it needed to do numerous things before August 10, 2016, in order to have orderly elections on November 8, 2016, including receiving a revised district map and coding revised districts in order

---

[1] This order references docket entries as they appear in Civil Action No. 5:15-CV-156-D.

to identify the addresses within each district. See [D.E. 83] 4–5; [D.E. 83-1] ¶ 23; [D.E. 83-2].

The court requests that the Wake County Board of Elections advise the court of its best estimate of how long it will take the Wake County Board of Elections to code revised districts under the following scenarios for the November 2016 elections:

(1) use the redistricting plan that the Fourth Circuit declared unconstitutional; or,

(2) use the 2011 School Board redistricting plan that was used in elections in Wake County in 2011 and 2013 and use the 2011 Wake County Board of Commissioners redistricting plan that was used in elections in Wake County in 2014; or,

(3) use the Representative Gill seven single-member district redistricting plan at Trial Exhibits 471–72 and the two single-member super district redistricting plan at Trial Exhibits 473–74; or,

(4) use the illustrative seven single-member district redistricting plan and the two single-member super district redistricting plan that the legislative leaders submitted on August 3, 2016, at [D.E. 91-1, 91-2, 91-3, 91-4].

The court's focus is on having timely and orderly elections while being faithful to the Fourth Circuit's mandate and governing precedent. As such, the court requests that the Wake County Board of Elections rank the four options listed above, from most feasible to have orderly elections to least feasible to have orderly elections. If it is infeasible or impossible to have orderly elections on November 8, 2016, under any of the four options, the Wake County Board of Elections shall notify the court of this fact in its response to this order.

Given the exigent circumstances concerning the remedy in this case, the court requests that the Wake County Board of Elections rank no two options the same. The court needs this information

2

as soon as possible, but no later than 4:00 p.m. on Monday, August 8, 2016.

SO ORDERED. This 7 day of August 2016.

                                                   JAMES C. DEVER III
                                                   Chief United States District Judge