IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 5:15-cv-156 |
| *v.* | ) ) | |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) | |
| *Defendant.* | ) | |
| | | |
| CALLA WRIGHT, et al. | ) ) | |
| *Plaintiffs,* | ) ) | |
| *v.* | ) ) | No. 5:13-cv-607 |
| STATE OF NORTH CAROLINA, et al. | ) ) | |
| *Defendant.* | ) ) | |

**ORDER**

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Extend Time. FINDING good cause for the Motion, the Court hereby GRANTS Defendant's Motion and ORDERS that Defendants have to and including 8:00 p.m. on August 8, 2016, to file a response to this Court's August 7, 2016 Order.

SO ORDERED. This the 8th day of August, 2016.

_____
James C. Dever III
Chief United States District Judge