FILED: August 8, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1898
(5:15-cv-00156-D)
(5:13-cv-00607-D)

_____

In re: RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES; BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS; GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE; PERRY WOODS; WILLIE J. BETHEL; AJAMU G. DILLAHUNT; ELAINE E. DILLAHUNT; LUCINDA H. MACKETHAN; ANN CAMPBELL; CALLA WRIGHT; CONCERNED CITIZENS FOR AFRICAN-AMERICAN CHILDREN, d/b/a Coalition of Concerned Citizens for African-American Children

                Petitioners

---

This case has been opened as an original proceeding in this court. The district court is receiving this notice for informational purposes.

| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
|---|---|
| Date Petition Filed: | 8/8/16 |
| Petitioner(s) | Raleigh Wake Citizens Association, etal |
| Appellate Case Number | 16-1898 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |