IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>                    Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>                    Defendants. | No. 5:13-cv-607 |

## NOTICE OF FILING EMERGENCY PETITION FOR WRIT OF MANDAMUS

The Plaintiffs in these consolidated cases hereby give notice pursuant to Rule 21(a)(1) of the Federal Rules of Appellate Procedure of their having filed the attached Emergency Petition for Writ of Mandamus and its exhibits today with the Fourth Circuit Court of Appeals.

Respectfully submitted this 8th day of August, 2016.

/s/ Anita S. Earls
Anita S. Earls
N.C. State Bar No. 15597
Allison J. Riggs
N.C. State Bar No. 40028
SOUTHERN COALITION
FOR SOCIAL JUSTICE
1415 West Highway 54, Suite 101
Durham, NC 27707
919-794-4198
anita@southerncoalition.org
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing NOTICE OF FILING EMERGENCY PETITION FOR WRIT OF MANDAMUS with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel and parties of record herein.

This the 8th day of August, 2016.

/s/ Anita S. Earls
Anita S. Earls
N.C. State Bar No. 15597
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: (919) 323-3380
Facsimile: (919) 323-3942
Email: Anita@southerncoalition.org
*Counsel for Plaintiffs*