Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.<br><br>      *Plaintiffs,*<br><br>      *v.*<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>      *Defendant.* | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.<br><br>      *Plaintiffs,*<br><br>      *v.*<br><br>STATE OF NORTH CAROLINA, et al.<br><br>      *Defendant.* | No. 5:13-cv-607 |

**DEFENDANT'S RESPONSE TO JULY 8, 2016 ORDER**

Defendant Wake County Board of Elections ("WBOE") respectfully submits the following response to this Court's Order entered on July 8, 2016 (D.E.[1] 78).

**Applicable Deadlines**

A calendar of the applicable 2016 election deadlines, with citations to the applicable election laws in Chapter 163 of the North Carolina General Statutes, is attached as Exhibit A to the Declaration of Gary Sims ("Sims Decl.").

These election deadlines currently apply to the WBOE unless they are modified by the North Carolina State Board of Elections ("SBOE") pursuant to its statutory authority. The SBOE

---

[1] Cites to "D.E." refer to docket entries in 5:15-cv-156.

has authority to issue temporary interim rules modifying certain deadlines in response to a court order as long as such rules are consistent with Chapter 163 (*see* Notice from Kimberly Strach (D.E. 81)). The WBOE cannot presently predict whether and how such interim rules would come into play with respect to any modifications to the electoral districts that were declared to be invalid by the Fourth Circuit. Absent such modifications, the WBOE is without authority to adopt or devise a different election schedule.

Regarding the specific deadlines requested by the Court, the WBOE highlights the following:

1. Filing Periods.

(a) The filing period for election to the Wake County Board of County Commissioners ended on **December 21, 2015**. *See* S.L. 2015-258, §2(b).

(b) The filing period for the Wake County Board of Education began on June 13, 2016 and ended on **July 1, 2016**. *See* S.L. 2013-110, § 2.

(c) The date by which an unaffiliated candidate had to petition to have his name printed on the general election ballot was **June 24, 2016**. *See* G.S. § 163-122 (stating deadline as last Friday in June preceding the general election).

2. Qualification Periods. Upon the receipt of a notice of candidacy, the WBOE immediately inspects the registration records of the county to determine whether the candidate meets the constitutional or statutory qualifications for office. *See* G.S. § 163-106(g); *see also* G.S. § 163-127.2 (providing for 10-day period to challenge a candidate's qualifications).

3. Deadline to Request a Write-In Option. The date by which individuals may request that space be added to a ballot for a write-in option for a particular office is currently **August 10,**

**2016**. *See* G.S. § 163-123(c) ("These petitions must be filed on or before noon on the 90th day before the general election . . . .").

4.  <u>Military, Overseas and Other Absentee Ballots</u>. The date when military, overseas, and other absentee ballots must be mailed is currently **September 9, 2016**. G.S. §§ 163-227.3 (absentee ballots); 163-258.9 (transmission of military-overseas ballots). The SBOE may modify this deadline in certain circumstances and subject to federal requirements. *See* G.S. § 163-22(k); *see also* 52 U.S.C. § 20302 (federal requirements for military and overseas absentee ballots). To date, the SBOE has not exercised such authority with respect to the November 8, 2016 election. *See* Sims Decl. ¶ 7.

5.  <u>Printing Ballots</u>. Ballots are printed between the deadline to request a write-in candidacy option (**August 10, 2016**) and the deadline for mailing military, overseas and other absentee ballots (**September 9, 2016**). During this 30-day time period, the WBOE must verify the content to be printed on the ballots, prepare and test ballot templates, print and test ballots, and obtain appropriate certifications or approvals from the State Board of Election. *See* Sims Decl. ¶¶ 26–30.

6.  <u>Early Voting</u>. Early voting for the General Election begins on October 27, 2016. *See* G.S. § 227.2(b) (one-stop voting begins on the second Tuesday before the election).

* * *

The critical deadline currently in place with respect to the General Election is **August 10, 2016**, which is the deadline for petitioning for space on the ballot for a write-in candidate. That is the last act necessary to begin the preparation of ballots in anticipation of complying with the date to mail military, overseas and absentee ballots by the current deadline of **September 9, 2016**.

3

Case 5:15-cv-00156-D   Document 83   Filed 07/18/16   Page 3 of 7
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 3 of 17

## Impact of Deadlines on Affected Elections

1. <u>Board of County Commissioners Numbered Districts</u>. There are 3 seats up for election for the Wake County Board of County Commissioners on November 8, 2016. Those seats are residency districts 4, 5, and 6 used by the Wake County Board of County Commissioners in the 2014 election from which candidates were elected at-large ("2014 Districts"). *See* S.L. § 2015-4, § 1(b). The primary election for these seats was scheduled for March 15, 2016, but those races were uncontested. The WBOE is prepared to proceed with the at-large election for these three residency districts.

2. <u>Board of County Commissioners Lettered Districts</u>. If revisions are made to lettered districts A and B, it will not be feasible to hold a primary election for the Wake County Board of County Commissioners for those revised districts in time for the General Election. In order for a primary election to be held before August 10, 2016, the WBOE would need to do all of the following before August 10, 2016: (i) receive a revised district map[2] from the General Assembly, the SBOE, or the Court, (ii) code revised districts in order to identify the addresses within each district,[3] (iii) provide a notice of a new filing period for the revised districts so that individuals can identify and assess their districts for purposes of a potential candidacy, (iv) open and close a candidate filing period, (v) provide a notice of election, and (vi) hold a primary election, including an early voting period, and canvass the results of that election. *See* Sims Decl. ¶¶ 16–

---

[2] Receipt of a "map" refers to a shape file that includes the shape of the district boundaries as an overlay to the map of the county. If the WBOE does not receive a shape file map, it will need to coordinate with the county GIS department to generate a shape file map before coding the new districts. *See* Sims Decl. ¶ 23.

[3] The time required to code the districts would depend upon the amount of changes made to the districts and the nature of those changes. *See* Sims Decl. ¶ 23.

4

Case 5:15-cv-00156-D   Document 83   Filed 07/18/16   Page 4 of 7
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 4 of 17

21. The WBOE understands from the SBOE that a truncated or expedited candidate filing period is typically at least one week. *See* Sims Decl. ¶ 16.

        3.      <u>Board of Education</u>. In order for elections to be held on November 8, 2016, for revised districts for the Wake County Board of Education, the WBOE would need to do all of the following before August 10, 2016: (i) receive a revised district map from the General Assembly, the State Board of Elections, or the Court, (ii) code revised districts in order to identify the addresses within each district, (iii) provide a notice of a new filing period for the new districts so that individuals can identify and assess their districts for purposes of a potential candidacy, and (iv) open and close a candidate filing period.

    The WBOE does not have further views on the propriety of the effect of an injunction that would bar the use in the November 2016 election of the plans that the Fourth Circuit invalidated, except that (i) it is not feasible to hold a new primary election for revised lettered districts A and B for the Board of County Commissioners in time for the November 8, 2016 election, and (ii) any revised districts for the Wake County Board of Education would need to be drawn, implemented, and subject to reasonable notice and filing periods before the current deadline of August 10, 2016, in accordance with authorization and instructions from the SBOE.

    Given the election deadlines currently in place, the SBOE's authority to provide interim rules and other modifications in response to a Court order, and the WBOE's duty to follow such rules and modifications, the WBOE will take all necessary and feasible steps to comply with, and implement, any schedule adopted by the Court or the SBOE regarding a Court-ordered remedial plan.

Respectfully submitted the 18th of July, 2016.

/s/ Charles F. Marshall  
Charles F. Marshall  
Matthew B. Tynan  
Jessica Thaller-Moran  
BROOKS, PIERCE, McLENDON,  
  HUMPHREY & LEONARD, L.L.P.  
1700 Wells Fargo Capitol Center  
150 Fayetteville Street  
Raleigh, NC 27601  
(919) 839-0300  
cmarshall@brookspierce.com  
mtynan@brookspierce.com  
jthaller-moran@brookspierce.com  
*Counsel for Wake County Board of Elections*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

>   Anita S. Earls
>   Allison Jean Riggs
>   Southern Coalition for Social Justice
>   1415 West Highway 54, Suite 101
>   Durham, NC 27707
>   919-323-3380 x115
>   Fax: 919-323-3942
>   anita@southerncoalition.org
>   allison@southerncoalition.org
>   *Counsel for Plaintiffs-Appellants*

   Respectfully Submitted,

   /s/ Charles F. Marshall
   Charles F. Marshall

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 5:15-cv-156 |
| v. | ) ) | |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) | |
| *Defendant.* | ) ) | |
| CALLA WRIGHT, et al. | ) ) | |
| *Plaintiffs,* | ) ) | |
| vs. | ) ) | No. 5:13-cv-607 |
| STATE OF NORTH CAROLINA, et al. | ) ) | |
| *Defendant.* | ) ) | |

## DECLARATION OF GARY SIMS

NOW COMES Gary Sims, who under penalty of perjury states as follows:

1. I am over 18 years of age, legally competent to give this declaration, and have personal knowledge of the facts set forth in it.

2. I am the Director of Elections for Wake County, North Carolina, a position I have held since July 2015. In my role as Director, it is my responsibility to ensure that Wake County elections are orderly, fair, and open; that elections comply with all requirements set forth in the North Carolina General Statutes, or by the North Carolina State Board of Elections ("SBOE"); and that elections are conducted in a manner that will preserve the integrity of the democratic process.

Before I was appointed Director, I served for eight years as Deputy Director of Elections for Wake County. I have worked in elections since 1999.

3. The Board is responsible for conducting all elections held in Wake County. These responsibilities, largely dictated by North Carolina statutes, include facilitating local elections; establishing election precincts and voting sites; appointing and training precinct officials; preparing and distributing ballots and voting equipment; cavassing and certifying the ballots cast in elections; investigating any voting irregularities; maintaining voter registration and participation records; and providing election information to members of the public.

4. As Director of the Wake County Board of Elections, I am familiar with the procedures for elections in this County.

OVERVIEW OF STATUTORY REQUIREMENTS FOR THE GENERAL ELECTION

5. In administering any general election, special election, or primary election, Wake County is bound by the timelines set forth in the North Carolina General Statutes, as administered by the SBOE.

6. The General Election will be on **November 8, 2016**. The deadlines listed below all have been calculated in reference to that date. Attached for the Court's reference as **Exhibit A** is a chart detailing the applicable statutory deadlines in relation to the November 8 General Election.

7. I have referenced the relevant sections of the General Statutes that I believe to be applicable. Ultimately, the WBOE follows the guidance and instructions of the SBOE with respect to the implementation of the election process, including applicable deadlines. I understand that the SBOE has authority to modify election deadlines in certain circumstances. To date, I am not aware that the SBOE has exercised any such authority with respect to any of the deadlines discussed below.

2

8. The candidate filing period for the Wake County Board of Education, which is neither a primary-based election nor a municipal election, historically has been dictated by session law. According to Session Law 2013-110, the candidate filing period begins at 12:00 noon on the second Monday in June, and ends at 12:00 noon on the first Friday in July. For 2016, these dates fell on **June 13 and July 1**.

9. Pursuant to N.C. Gen. Stat. § 163-122, a qualified voter who seeks to have his name printed on a general election ballot as an unaffiliated candidate for a county office must file written petitions with the Board on or before the last Friday in June. For 2016, this deadline fell on **Friday, June 24**.

10. Pursuant to N.C. Gen. Stat. § 163-258.16, not later than 100 days before a regularly scheduled election, and as soon as practicable in the case of an election not regularly scheduled, the Board must prepare an election notice to be used in conjunction with the federal write-in absentee ballot under the Uniformed and Overseas Citizens Absentee Voting Act. The notice must contain a list of all the ballot measures and federal, state, and local offices that, as of that date, are expected to be on the election ballot. In reference to the regularly scheduled election on November 8, 2016, this deadline falls on **July 31, 2016**.

11. Pursuant to N.C. Gen. Stat. § 163-123, a candidate seeking to have write-in votes counted towards electing him to a county office—and therefore, to have a space for a write-in vote printed on the ballot—must file written petitions with the county board of elections on or before the 90th day before the General Election. This deadline falls on Wednesday, **August 10, 2016**. This is the final deadline for content to be included on a ballot. All subsequent deadlines address voter information and access.

3

Case 5:15-cv-00156-D   Document 83-1   Filed 07/18/16   Page 3 of 8
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 10 of 17

12. Pursuant to N.C. Gen. Stat. §§ 163-227.3 and 163-258.9, absentee ballots must be made available to all covered voters, i.e., all voters who submit a valid military-overseas ballot application or are otherwise qualified to vote by absentee ballot, no later than 60 days prior to a statewide general election in even-numbered years, unless the SBOE authorizes a shorter period under N.C. Gen. Stat. § 163-22(k) that is consistent with federal law. For the statewide general election occurring on November 8, 2016, this deadline falls on **September 9, 2016**.

13. Pursuant to N.C. Gen. Stat. § 163-128, the Board must publish notice of any changes of voting precincts and/or voting places no later than 45 days prior to the next primary or general election. For purposes of the November elections, this date falls on **September 24, 2016**.

14. Pursuant to N.C. Gen. Stat. § 163-227.2, early voting takes place between the second Thursday before an election and the last Saturday before that election. For the 2016 general election, this time period runs from **October 27, 2016**, until **November 5, 2016**.

15. Voters must be registered no later than 25 days prior to any election or primary. For the November 2016 elections, this deadline falls on **October 14, 2016**. N.C. Gen. Stat. § 163-82.6.

## OVERVIEW OF STATUTORY REQUIREMENTS FOR ANY PRIMARY ELECTION

16. A primary election is subject to many of the same requirements detailed above. The Board must prepare an election notice not less than 100 days before any primary, or as soon as practicable if the election is not regularly scheduled. N.C. Gen. Stat. § 163-258.16. The notice of candidate filing period, and the candidate filing period itself, are dictated in part by the SBOE and in part by N.C. Gen. Stat. § 163-106(f). To my knowledge, the SBOE has not recently implemented a filing period that lasted less than five business days.

4

Case 5:15-cv-00156-D   Document 83-1   Filed 07/18/16   Page 4 of 8
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 11 of 17

17. Pursuant to N.C. Gen. Stat. § 163-287, any election must be noticed 45 days before the election date. Additionally, as with any general election, the Board must publish notice of any changes of voting precincts and/or voting places no later than 45 days prior to the next primary. N.C. Gen. Stat. § 163-128.

18. A candidate seeking a party primary nomination for any county office, including the Wake County Board of County Commissioners, must file a notice of candidacy in accordance with applicable law or instruction from the SBOE.[1] For 2016, the North Carolina General Assembly established a candidate filing period that concluded on December 21, 2015.

19. In accordance with N.C. Gen. Stat. § 163-227.2, early voting for a primary takes place between the second Thursday before an election and the last Saturday before that election.

20. Pursuant to N.C. Gen. Stat. § 163-227.3, absentee ballots must be made available to all covered voters no later than 50 days before any primary, or 45 days if authorized by the SBOE.

21. After any primary or special election is held, the Board must complete the canvass of the votes cast and authenticate the count in every ballot item, culminating in the authentication of the official election results seven days after the election. N.C. Gen. Stat. § 163-182.5. Thus, for example, for ballot information to be completed in accordance with the statutory requirements listed above, it is important that any primary election take place no later than seven days prior to the current August 10, 2016 deadline.

---

[1] The SBOE has the authority under N.C. Gen. Stat. § 163-22.2 to make reasonable rules and regulation with regard to any primary or election. N.C. Gen. Stat. §§ 163-22; 163-22.2.

5

Case 5:15-cv-00156-D   Document 83-1   Filed 07/18/16   Page 5 of 8
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 12 of 17

## OVERVIEW OF WAKE COUNTY BOARD OF ELECTIONS PROCEDURES

22. Approximately ten percent of the state's registered voters reside in Wake County. To comply with the above-referenced statutory requirements and to adequately serve the large number of voters residing in Wake County, the Board begins to prepare for the election process several months before Election Day.

23. At the beginning of this process, the Board must code any applicable Wake County districts to identify the addresses that are part of the individual districts. The time required to code the districts depends on a variety of factors, such as whether the Board receives a "shape file" of the districts and the extent and nature of the changes required to be made to implement new districts. For example, if the Board does not receive a "shape file," which is a visual representation of the districts on a map, the Board will coordinate with the county Geological Information System department to generate such a file before coding the new districts.

*Polling Places*

24. As the election approaches, the Board takes steps to adequately staff all identified polling places. To competently serve Wake County voters, the Board must recruit and train approximately 650 workers to serve at polling places during the early voting period. The Board must recruit and train approximately 2,600 workers to serve at polling places on Election Day. It takes several sessions and significant resources to train these workers, making it very logistically difficult to simultaneously train both groups.

25. Due to the amount of space required, the Board—like many other bodies charged with administering elections—typically works with facilities such as schools and churches to identify and schedule polling places. To accommodate school, child care, and/or church schedules, these polling places are identified and booked several months in advance. Under state law, the

6

Case 5:15-cv-00156-D   Document 83-1   Filed 07/18/16   Page 6 of 8
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 13 of 17

polling places must be finalized and formally noticed no later than 45 days prior to the election. N.C. Gen. Stat. § 163-128(a).

*Creating and Printing Ballots*

26. Because of the importance of accuracy on the ballot and the need to avoid any processing complications, both the Board and the SBOE conduct an extensive editing and testing process to ensure complete accuracy of the ballots to be used in any election.

27. Immediately after the deadline to petition for write-in space on a ballot, which is 90 days before the election (this year, **August 10, 2016**), the SBOE begins to proofread all ballot content for non-local races. At the same time, the Board begins to craft the template for the Wake County ballot. The Board then inserts the information from the SBOE on the non-local races into its template before conducting an extensive proofreading and testing process to ensure accuracy.

28. The Board then submits the completed Wake County template—which by then holds information for all local, state, and federal positions that voters will elect in the upcoming election—for approval from the SBOE. The SBOE is responsible for reviewing the ballot templates of all 100 counties, and does so on a "first come, first serve" basis.

29. To print the ballots, the Board submits a template to an outside vendor listing the candidates for all elections that will be held on that date, including local, state, and national elections. After the vendor returns the printed ballots to the Board, the Board must then test those ballots to ensure that there will be no problems with the ballots being processed by the vote-counting software.

30. The Board generally utilizes the entire period of time between the deadline to petition for a write-in space and the deadline for the submission of absentee ballots to conduct this process.

7

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 18th day of July, 2016.

                                                                      */s/ Gary Sims*
                                                                      Gary Sims
                                                                      Director
                                                                      Wake County Board of Elections

8

Case 5:15-cv-00156-D   Document 83-1   Filed 07/18/16   Page 8 of 8
Case 5:15-cv-00156-D   Document 101-4   Filed 08/08/16   Page 15 of 17

| DATE | TIME | EVENT | Election | REFERENCE (N.C. GEN. STAT.) | RULE |
|---|---|---|---|---|---|
| 2/29/16 | | Standard deadline to file notice of candidacy if seeking party primary nomination for any county office | 2016 Gen | 163-106(c) | The last business day in February preceding the primary. |
| 6/24/16 | 12:00 PM | Deadline to file petitions with the Wake County Board of Elections to have name included on general election ballot as unaffiliated candidate for county election | 2016 Gen | 163-122 | The last Friday in June preceding the general election. |
| 7/26/16 | 5:00 PM | Write-in Candidacy Petition Deadline - deadline to have signatures verified by county board | 2016 Gen | 163-123 | 15 days before the date petition is due to be filed with the State Board of Elections |
| 07/26/16 | | Deadline to Submit Precinct Change Proposal | 2016 Gen | 163-132.3 | 105 days prior to the next election that the new precinct boundaries will be in effect. |
| 07/31/16 | | Publication of UOCAVA Election Notice | 2016 Gen | 163-258.16 | Not later than 100 days before election day |
| 08/05/16 | 12:00 PM | Deadline for Unaffiliated Presidential Candidate to provide VP name for ballot | 2016 Gen | 163-209 | No later than 12:00 noon on the first Friday in August of presidential election year |
| 08/10/16 | 12:00 PM | Verified Write-in Candidacy Petition Deadline - State Board of Elections Contests | 2016 Gen | 163-123 | 90 days before the general election date in even-numbered years |
| 08/10/16 | 12:00 PM | Write-in Candidacy Petition Deadline - County Board Contests | 2016 Gen | 163-123 | 90 days before the general election date in even-numbered years |
| 09/09/16 | | Party Nominee's right to withdraw as candidate | 2016 Gen | 163-113 | No later than the date absentee ballots become available |
| 09/09/16 | | Absentee Voting - Date By Which Absentee Ballots Must be Available | 2016 Gen | 163-227.3(a) &163-258.9 | 60 days prior to a statewide general election |
| 09/24/16 | | Notice of Precinct/Voting Place Change | 2016 Gen | 163-128(a) | 45 days prior to next primary or election |
| 09/24/16 | | Publish legal notice of any special election | 2016 Gen | 163-287 | 45 days prior to the special election date |
| 09/24/16 | | Publish Election Notice 1 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 09/24/16 | | Mail Second Incomplete Notice | 2016 Gen | 163-82.4(e) | Within 45 days of the date of a general election |
| 09/30/16 | | Publish Election Notice 2 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 10/07/16 | | Publish Election Notice 3 | 2016 Gen | 163-33(8) | Publish weekly during the 20 day period before the voter registration deadline. (Start 21 days before deadline) |
| 10/09/16 | | Last day to mail notice of polling place changes. | 2016 Gen | 163-128 | No later than 30 days prior to the primary or election |
| 10/09/16 | | Notification to Voters of Precinct/Voting Place Change | 2016 Gen | 163-128(a) | 30 days prior to the primary or election |
| 10/14/16 | 5:00 PM | Voter Registration Deadline | 2016 Gen | 163-82.6(c) | 25 days before the primary or election day |
| 10/14/16 | | Voter Challenge Deadline - last day to challenge before Election Day | 2016 Gen | 163-85 | No later than 25 days before an election. |
| 10/19/16 | | Voter Registration Deadline - Exception for missing or unclear postmarked forms or forms submitted electronically by deadline | 2016 Gen | 163-82.6(c) ; 163-82.6(c1) | No later than 20 days before the election |
| 10/27/16 | | Absentee One Stop Voting Begins | 2016 Gen | 163-227.2(b) | Not earlier than the second Thursday before an election |
| 11/01/16 | 5:00 PM | Last day to request an absentee ballot by mail. | 2016 Gen | 163-230.1(a) | Not later than 5:00 p.m. on the Tuesday before the election |
| 11/01/16 | 5:00 PM | Late absentee requests allowed due to sickness or physical disability | 2016 Gen | 163-230.1(a1) | After 5:00 p.m. on the Tuesday before the election but not later than 5:00 p.m. on the day before the election. |

| DATE | TIME | EVENT | Election | REFERENCE (N.C. GEN. STAT.) | RULE |
|---|---|---|---|---|---|
| 11/03/16 | 10:00 AM | Election Day Observer/Runner List Due | 2016 Gen | 163-45(b) | By 10:00 a.m. on the 5th day prior to Election Day |
| 11/05/16 | 1:00 PM | Absentee One Stop Voting Ends | 2016 Gen | 163-227.2(b) | Not later than 1:00 p.m. on the last Saturday before the election |
| 11/07/16 | 5:00 PM | UOCAVA Voter Registration Deadline | 2016 Gen | 163-258.6 | No later than 5:00 p.m. on the day before election day. |
| 11/07/16 | 5:00 PM | UOCAVA Absentee Ballot Request Deadline | 2016 Gen | 163-258.7 | No later than 5:00 p.m. on the day before election day. |
| 11/08/16 | 5:00 PM | Civilian Absentee Return Deadline | 2016 Gen | 163-231(b)(1) | Not later than 5:00 p.m. on day of the primary or election |
| 11/08/16 | 5:00 PM | Begin Counting Absentee Ballots (Cannot announce before 7:30 p.m.) | 2016 Gen | 163-234 | 5:00 p.m. on election day unless an earlier time was set by resolution |
| 11/08/16 | | Distribute Election Day Absentee Abstract to SBOE | 2016 Gen | 163-234(6) | Election Day |
| 11/08/16 | 7:30 PM | UOCAVA absentee ballot return deadline - electronic | 2016 Gen | 163-258.10 | Close of polls on Election Day |
| 11/08/16 | 12:00 PM | Period to challenge an absentee ballot | 2016 Gen | 163-89 | No earlier than noon or later than 5:00 p.m. on Election Day |
| 11/08/16 | 6:30 AM | ELECTION DAY | 2016 Gen | 163-1 | Tuesday after the first Monday in November |
| 11/09/16 | | Sample Audit Count - Precincts Selection | 2016 Gen | 163-182.1(b)(1) | Within 24 hours of polls closing on Election Day |
| 11/14/16 | 5:00 PM | Civilian Absentee Return Deadline - Mail Exception | 2016 Gen | 163-231(b)(2) | If postmarked on or before election day and received not later than three days after the election |
| 11/17/16 | 12:00 PM | Deadline for provisional voters subject to VIVA ID to provide ID to county board | 2016 Gen | 163-166.13; 163-182.1A(c) | Not later than 12:00 noon the day prior to the time set for the county canvass. |
| 11/17/16 | 5:00 PM | UOCAVA Absentee Ballot Return Deadline - Mailed | 2016 Gen | 163-258.12 | By end of business on the business day before the county canvass. |
| 11/18/16 | 11:00 AM | County Canvass | 2016 Gen | 163-182.5(b) | 10 days after statewide general election |
| 11/18/16 | | Mail Abstract to State Board of Elections | 2016 Gen | 163-182.6 | 10 days after statewide general election |
| 11/18/16 | | Deadline for election protest concerning votes counted or tabulation of results | 2016 Gen | 163-182.9(b)(4)a | Before the beginning of the county canvass |
| 11/21/16 | 5:00 PM | Deadline for candidates in CBE jurisdictional contests to request recount | 2016 Gen | 163-182.7(b) | 5:00 p.m. on the first business day after the canvass |
| 11/22/16 | 5:00 PM | Deadline for candidates in SBOE jurisdictional contests to request recount | 2016 Gen | 163-182.7(c); 163-182.4(b)(5) | 5:00 p.m. on the second business day after the canvass |
| 11/22/16 | 5:00 PM | Deadline to file election protest concerning manner in which votes were counted or results were tabulated and there is cause for delay in filing | 2016 Gen | 163-182.9(b)(4)b | 5:00 p.m. on the second business day after the county canvass |
| 11/22/16 | 5:00 PM | Deadline to file election protest concerning any other irregularity than votes or tabulation of results | 2016 Gen | 163-182.9(b)(4)c | 5:00 p.m. on the second business day after the county canvass |
| 11/28/16 | | CBE issues certificates of nomination or election if no protest is pending | 2016 Gen | 163-182.15(a); 163-301 | Six days after the county canvass (In a Municipal Election, the rule is no earlier than 5 days and no later than 10 days after the certification of the election.) |
| 11/29/16 | | State Canvass | 2016 Gen | 163-182.5(c) | 11:00 a.m. on the Tuesday three weeks after election day. |
| 12/05/16 | | SBOE Issues Certification of Nomination or Election | 2016 Gen | 163-182.15 | 6 days after the State Canvass |
| 01/07/17 | | Report Results by Voting Tabulation Districts (VTD) | 2016 Gen | 163-132.5G | No later than 60 days after Election Day |