Exhibit I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:15-CV-156-D |
| WAKE COUNTY BOARD OF ELECTIONS, | ) ) | |
| Defendant. | ) ) | |
| CALLA WRIGHT, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 5:13-CV-607-D |
| STATE OF NORTH CAROLINA, | ) ) | |
| Defendant. | ) ) | |

**ORDER**

On August 2, 2016, the court held a status conference in anticipation of the mandate. At the status conference, the court discussed with the parties, the North Carolina State Board of Elections, and the legislative leaders of the North Carolina General Assembly the remedial proceedings, including the nature and scope of injunctive relief, necessary to implement the mandate and to have orderly elections in Wake County in November 2016 for the Wake County School Board and the Wake County Board of Commissioners. The court also discussed the information that it received

on July 18, 2016, and August 2, 2016. See [D.E. 81, 82, 83, 84, 87].[1] Additionally, the court received information from the North Carolina State Board of Elections about its remedial authority under N.C. Gen. Stat. § 163-22.2.

On August 3, 2016, the mandate of the United States Court of Appeals for the Fourth Circuit issued in this case [D.E. 89], and this court obtained jurisdiction. In accordance with the mandate, the court declares that the population deviations in the redistricting plans in Session Law 2013-110 for the Wake County School Board and Session Law 2015-4 for the Wake County Board of Commissioners violate the equal protection clauses of the Fourteenth Amendment to the United States Constitution and Article I, § 19 of the North Carolina Constitution.

Any further information on the remedy (including the nature and scope of injunctive relief) from the parties, the North Carolina State Board of Elections, or the legislative leaders of the General Assembly is due no later than Friday, August 5, 2016. Any responses are due no later than Saturday, August 6, 2016.

Beginning August 10, 2016, countless sequential deadlines must be met in order to have orderly elections in Wake County. See [D.E. 83, 83-1, 83-2]. The court promptly will review the record and the submissions, determine the appropriate remedy, and issue injunctive relief in accordance with the mandate and governing law.

SO ORDERED. This 4 day of August 2016.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge

---

[1] This order references docket entries as they appear in Civil Action No. 5:15-CV-156-D.

Case 5:15-cv-00156-D Document 93-1 Filed 08/04/16 Page 2 of 2
Case 5:15-cv-00156-D Document 101 Filed 08/04/16 Page 2 of 2