IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>                     Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>                     Defendants. | No. 5:13-cv-607 |

## ORDER

Upon this Court's thorough review of the Consent Motion to Extend the Deadlines Related to Motions for Attorneys' Fees and Costs, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Consent Motion is GRANTED.

2. Plaintiffs' deadline for filing all documents related to attorneys' fees and costs (taxable and nontaxable) is extended to October 8, 2016, which is thirty days after September 8, 2016, the last day to appeal the August 9, 2016 Order of this court.

3. If either party files or is contemplating a petition for writ of certiorari, a party has leave to file an appropriate motion for a further extension of time in which to file or amend motions related to attorneys' fees and costs until thirty days after the U.S. Supreme Court rules on the petition.

It is so ordered.

__8/12/16__  
Date

__/s/ James Dever__  
The Hon. James C. Dever III  
United States District Judge