FILED:  September 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1270 (L)
(5:15-cv-00156-D)

_____

RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES;
BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS;
GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN
PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA
VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE;
PERRY WOODS

          Plaintiffs - Appellants

v.

WAKE COUNTY BOARD OF ELECTIONS

          Defendant - Appellee

 and

CHAD BAREFOOT, in his official capacity as Senator and primary sponsor of SB
181; PHILLIP E. BERGER, in his official capacity as President Pro Tempore of
the North Carolina Senate; TIM MOORE, in his official capacity as Speaker of the
North Carolina House of Representatives

          Defendants

_____

O R D E R

_____

Costs for these proceedings are taxed and certified in the amount of

$2689.80, as itemized in the accompanying bill of costs. The costs taxed shall be

added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk