IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WAKE COUNTY BOARD OF ELECTIONS,<br><br>Defendant. | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE STATE OF NORTH CAROLINA, et al.,<br><br>Defendants. | No. 5:13-cv-607 |

## ORDER

Upon this Court's thorough review of the Consent Motion to Further Extend the Deadlines Related to Motions for Attorneys' Fees and Costs, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Consent Motion is GRANTED.

2. Plaintiffs' deadline for filing all motions and petitions related to attorneys' fees and costs (taxable and nontaxable) is extended as follows:

a. If Defendant files a petition for writ of certiorari with the U.S. Supreme Court, Plaintiffs' deadline for filing motions and petitions related to attorneys' fees and costs is thirty days after the U.S. Supreme Court denies the writ or, if the writ is granted, makes a final ruling on the case; or

b. If Defendant does not file a petition for writ of certiorari with the U.S. Supreme Court, Plaintiffs' deadline for filing motions and petitions related to attorneys' fees and costs is November 23, 2016, which is thirty days after October 24, 2016, the last day for Defendant to file the petition for writ of certiorari.

SO ORDERED. This __6__ day of October 2016.

JAMES C. DEVER III
Chief United States District Judge