**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action**

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. | | |
| Plaintiffs, | | |
| v. | | No. 5:15-cv-156 |
| WAKE COUNTY BOARD OF ELECTIONS, | | |
| Defendant. | | |

| | | |
|---|---|---|
| CALLA WRIGHT, et al., | | |
| Plaintiffs, | | |
| v. | | No. 5:13-cv-607 |
| THE STATE OF NORTH CAROLINA, et al., | | |
| Defendants. | | |

---

DECLARATION OF ALLISON J. RIGGS IN SUPPORT OF PLAINTIFFS' BILL OF
TAXABLE COSTS

---

I, Allison J. Riggs, declare under penalty of perjury that the following is true and correct:

1.  I am over the age of 18 years and competent to testify herein. I have personal knowledge

    of the matters stated herein. I submit this declaration in support of Plaintiffs' Bill of

Taxable Costs submitted pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, 28 U.S.C. § 1920, and Local Rule 54.1 of the Eastern District of North Carolina.[1]

2. I am a senior staff attorney at the Southern Coalition for Social Justice in Durham, NC. My organization was retained to represent Plaintiffs in above-titled actions.

3. Plaintiffs seek recovery of $9,057.68 in taxable costs reasonably and necessarily incurred in the prosecution of this case.

4. The Fourth Circuit Court of Appeals has already added appellate taxable costs in the amount $2,689.00 to the mandate issued in these consolidated cases.

5. The following chart, which summarizes Plaintiffs' taxable costs, is taken from contemporaneous, documented expense records regularly prepared and maintained by the Southern Coalition for Social Justice in the regular course of business.

|   | Category of Expense/Cost | Date | Vendor/Recipient | Amount | Appendix Containing Expense Documentation |
|---|---|---|---|---|---|
| 1 | Filing Fee | 8/22/2013 | EDNC Clerk | $400.00 | |
| 2 | Appeal Fee (not awarded in 4th Cir. Mandate) | 4/7/2014 | EDNC Clerk | $5.00 | |
| 3 | Filing Fee | 4/7/2015 | EDNC Clerk | $400.00 | |
| 4 | Transcription/Copy of 4/17/13 hearing on SB 325; Transcription/Copy of 3/5/15 hearing on SB 181; Transcription/Copy of 3/10/15 hearing on SB 181 | 11/18/2015 (paid 1/31/16) | Discovery Depositions | $1,041.75 | A |
| 5 | Transcription/Copy of 6/10/13 hearing on SB 325; Transcription/Copy | 11/4/2015 (paid 1/31/16) | Discovery Depositions | $1,738.08 | B |

[1] Pursuant to the direction of Local Rule 54.1(a)(1), Plaintiffs are separately filing a motion for attorneys' fees and for costs non-taxable herein.

2

| | | | | | |
|---|---|---|---|---|---|
| | of 4/1/15; Transcription/Copy of 4/1/15 hearing on SB 181; Transcription/Copy of 3/12/15 hearing on SB 181; Transcription/Copy of 4/22/13 hearing on SB 325; Transcription/Copy of 3/11/15 hearing on SB 181 | | | | |
| 6 | Trial Transcript | 2/4/2016 | David Collier, Court Reporter | $1,668.05 | C |
| 7 | Appeal Fee (not awarded in 4th Cir. Mandate) | 3/14/2016 | EDNC Clerk | $5.00 | |
| 8 | Appeal Fee (not awarded in 4th Cir. Mandate) | 3/14/2016 | EDNC Clerk | $5.00 | |
| 9 | Transcript from RWCA/Wright Remedy Hearing | 8/2/2016 | Huseby | $4,970.99 | D |
| 10 | Appellate Taxable Costs Awarded in 4th Cir. Mandate | 9/6/12 | 4th Circuit Court of Appeals Clerk | $2,689.80 | E |

6. I personally prepared Appendices A through E based upon a review of contemporaneous expense records maintained by the Southern Coalition for Social Justice, and believe them to be true and correct. Except for fees paid to the court, each appendix contains not only the invoice for the cost incurred, but proof of payment by the Southern Coalition for Social Justice. I further certify that the expenses and costs incurred were necessarily incurred in the preparation and presentation of the case.

7. Specifically, in regards to each of the expense/cost entries in the chart above, I provide the additional explanation of the costs:

3

a. Entry 1 is the filing fee incurred for filing the complaint in *Wright et al., v. State of North Carolina, et al.*, Case No. 5:13-cv-607 (E.D.N.C.) on August 22, 2013.

b. Entry 2 is the appeal fee, minus the amount award via the bill for appellate taxable costs, incurred for the filing of the notice of appeal from the District Court's 12(b)(6) dismissal of *Wright et al., v. State of North Carolina, et al.*, Case No. 5:13-cv-607.

c. Entry 3 is the filing fee incurred for filing the complaint in *Raleigh Wake Citizens Ass'n et al., v. Wake County Bd. of Elections, et al.*, ("*RWCA*") Case No. 5:15-cv-607 (E.D.N.C.) on April 7, 2015.

d. Entries 4 and 5 are the fees incurred from having publicly available audio files transcribed and a single copy of each of those transcripts obtained for each of the committee and floor hearings on the two bills challenged in this litigation.  These were necessary for the development of the case, preparation of witnesses, and were used as trial exhibits.

e. Entry 6 is the fee incurred for obtaining transcripts of the three-day trial held in the above-captioned consolidated matters.  The transcript was obtained from David J. Collier, court reporter for the U.S. District Court for the Eastern District of North Carolina.  Only an electronic version of the transcript was ordered, and the order was not expedited.  The procurement of the transcript was necessary for the appeal.

f. Entry 7 is the appeal fee, minus the amount award via the bill for appellate taxable costs, incurred for the filing of the notice of appeal from the District Court's entry

4

of judgment against plaintiffs in *RWCA et al., v. Wake County Bd. of Elections*, Case No. 5:15-cv-156.

g. Entry 8 is the appeal fee, minus the amount award via the bill for appellate taxable costs, incurred for the filing of the notice of appeal from the District Court's entry of judgment against plaintiffs in *Wright et al., v. State of North Carolina, et al.*, Case No. 5:13-cv-607.

h. Entry 9 is the fee incurred for obtaining transcripts of the remedy hearing held in the above-captioned consolidated matters. The transcript was obtained from Huseby, whose reporter was serving as court reporter for the U.S. District Court for the Eastern District of North Carolina that day. Only an electronic version of the transcript was ordered, and the order was not expedited. The procurement of the transcript was necessary for briefing on remedy.

i. Entry 10 is order granting appellate taxable costs and add those costs to the mandate in *RWCA, et al., v. Wake County Bd. of Elections*, Case No. 16-1270 (L) (4th Cir.).

Pursuant to local rules, a memorandum in support of the Bill for Taxable Costs is being submitted with the Bill and my declaration. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: November 23, 2016.

_____/s/ Allison J. Riggs_____

Allison J. Riggs
N.C. State Bar No. 40028
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101

5

Durham, NC 27707
Telephone: 919-323-3380
Fax: 919-323-3942
Allison@southerncoalition.org

6

# Appendix A

# INVOICE

Discovery Court Reporters and Legal Videographers,
LLC
4208 Six Forks Road
Suite 1000
Raleigh, NC 27609
Phone:919-424-8242   Fax:919-570-1569

For Review by Anita Earls
(Initial for Approval)

Allison J. Riggs, Esq.
Southern Coalition for Social Justice
1415 Highway 54
Suite 101
Durham, NC  27707

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107552 | 12/8/2015 | 43144 |
| **Job Date** | **Case No.** | |
| 11/18/2015 | | |
| **Case Name** | | |
| NC Legislative Transcription | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | | |
|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|     Senate Redistricting Committee Hearing SB 325 - April 17, 2013 | 43.00  Pages | 270.90 |
|       Hourly | 4.25  Hours | 191.25 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|     Senate Redistricting Committee Hearing SB 181 - March 5, 2015 | 30.00  Pages | 189.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | |
|     Senate Redistricting Committee Hearing SB 181 - March 10, 2015 | 62.00  Pages | 390.60 |
| | **TOTAL DUE  >>>** | **$1,041.75** |
| | AFTER 1/7/2016  PAY | $1,145.93 |

We appreciate your business.  Thank you!

We accept Visa, Mastercard and AmericanExpress with a 3.5% processing fee.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 104.18 |
| **(=) New Balance:** | **1,145.93** |

**Tax ID:** 35-2480397

Phone: 919-323-3380    Fax:919-323-3942

*Please detach bottom portion and return with payment.*

**Southern Coalition for Social Justice**

Discovery Court Reporters            1/31/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|--------------:|------------:|----------|--------:|
| 11/17/2015 | Bill | 107476 | 1,911.89 | 1,911.89 | | 1,911.89 |
| 12/8/2015 | Bill | 107552 | 1,145.93 | 1,145.93 | | 1,145.93 |
| | | | | Check Amount | | 3,057.82 |

Bank of NC -  Checkin                                3,057.82

*Walle Canty*

# Appendix B

# INVOICE

Discovery Court Reporters and Legal Videographers, LLC
4208 Six Forks Road
Suite 1000
Raleigh, NC 27609
Phone:919-424-8242   Fax:919-570-1569


For Review by Anita Earls
[Initial for Approval]

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107476 | 11/17/2015 | 43119 |

| Job Date | Case No. | |
|---|---|---|
| 11/4/2015 | | |

| Case Name | |
|---|---|
| NC Legislative Transcription | |

| Payment Terms |
|---|
| Due upon receipt |

Allison J. Riggs, Esq.
Southern Coalition for Social Justice
1415 Highway 54
Suite 101
Durham, NC 27707

| | | | |
|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Senate Bill 325 - June 10, 2013 | 58.00 | Pages | 365.40 |
| 8 Day Expedite | | | 109.62 |
| Hourly | 5.50 | Hours | 247.50 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Senate Bill 181 - April 1, 2015 | 37.00 | Pages | 233.10 |
| 8 Day Expedite | | | 69.93 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Senate Bill 181 - March 12, 2015 | 4.00 | Pages | 25.20 |
| 8 Day Expedite | | | 7.56 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Senate Bill 325 - April 22, 2013 | 28.00 | Pages | 176.40 |
| 8 Day Expedite | | | 52.92 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
| Senate Bill 181 - March 11, 2015 | 55.00 | Pages | 346.50 |
| 8 Day Expedite | | | 103.95 |

**TOTAL DUE  >>>**  **$1,738.08**
AFTER 12/17/2015  PAY        $1,911.89

**Tax ID:** 35-2480397                                    Phone: 919-323-3380   Fax:919-323-3942

*Please detach bottom portion and return with payment.*

JD142        BUID       2-NC

Discovery Court Reporters                                        1/31/2016

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 11/17/2015 | Bill | 107476 | 1,911.89 | 1,911.89 | | 1,911.89 |
| 12/8/2015 | Bill | 107552 | 1,145.93 | 1,145.93 | | 1,145.93 |
| | | | | | Check Amount | 3,057.82 |

Bank of NC -  Checkin                                                                 3,057.82

*Walke Candy*

# Appendix C

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| INVOICE | NUMBER 0160 |
|---|---|

**TO:** Allison J. Riggs
Southern Coalition for Social Justice
1415 West Highway 54, Suite 101
Durham, NC 27707

PHONE: (919) 856-4896
FAX:

**MAKE CHECK PAYABLE TO:**

David Collier
U.S. District Court, 413 Middle Street
New Bern, NC 28560

PHONE: (440) 525-3855

## TRANSCRIPTS

| ☐ CRIMINAL  ☑ CIVIL | DATE ORDERED 12/18/2015 | DATE DELIVERED 02/03/2016 |
|---|---|---|

IN THE MATTER OF (CASE NUMBER AND TITLE)

Raleigh Wake Citizens Assn, et al. v. Wake County Board of Elections    Case No. 5:15-CV-00156

## CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | 457 | 3.65 | 1,668.05 | | | 0.00 | | | 0.00 | 1,668.05 |
| 14-Day | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Expedited | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Daily | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Hourly | | | 0.00 | | | 0.00 | | | 0.00 | 0.00 |
| Realtime | | | 0.00 | | | 0.00 | | | | 0.00 |

| For proceedings on (Date): | 12/21/2015 | **TOTAL** | 1.668.05 |
|---|---|---|---|
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | ADD AMOUNT OF DEPOSIT | |
| | | **AMOUNT DUE (OR REFUND)** | 1.668.05 |

## ADDITIONAL INFORMATION

Full price may be changed only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day *delivery* rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE OF OFFICIAL COURT REPORTER /S/ David J. Collier | DATE 02/03/2016 |
|---|---|

**DISTRIBUTION:**    TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT REPORTER SUPERVISOR

# Appendix D

# INVOICE


**Huseby**.com

Corporate Headquarters
1230 West Morehead St., Suite 408
Charlotte, NC 28208
Questions? Call (800) 333-2082

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152348 | 8/5/2016 | 132105 |
| **Job Date** | **Case No.** | |
| 8/2/2016 | | |
| **Case Name** | | |
| Raleigh Wake Citizens Assocation et al vs. Barefoot, et al. | | |
| **Payment Terms** | | |
| Due upon receipt, after 30 days 1.5% fee | | |

Anita Earls, Esq.
Southern Coalition for Social Justice
1415 West Highway 54
Suite 101
Durham, NC  27707

ORIGINAL TRANSCRIPT OF:

    Hearing

                                                           1,105.00

                     **TOTAL DUE  >>>**        **$1,105.00**

Expedite

Thank you for choosing Huseby!

Effective June 1, 2016 a finance charge of 1.5% per month will be applied to past due balances over 30 days from original invoice date.

Schedule with us anywhere nationally today!  To learn more about the services and technology we provide for both depositions and trial, visit us online at www.huseby.com.

**Tax ID:** 31-1763752                                             Phone: 919-323-3942    Fax:

*Please detach bottom portion and return with payment.*

Anita Earls, Esq.
Southern Coalition for Social Justice
1415 West Highway 54
Suite 101
Durham, NC  27707

| | | |
|---|---|---|
| Job No. | : 132105 | BU ID    :1-MAIN |
| Case No. | : | |
| Case Name | : Raleigh Wake Citizens Assocation et al vs. Barefoot, et al. | |
| Invoice No. | : 152348 | Invoice Date : 8/5/2016 |
| **Total Due** | **: $ 1,105.00** | |

**PAYMENT WITH CREDIT CARD**

A 3% fee will be added to the 'Amount to Charge' to offset our processing costs

Cardholder's Name:

Card Number:

Exp. Date:            Phone#:

Billing Address:

Zip:         Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Huseby, Inc.**
           **P.O. Box 602928**
           **Charlotte, NC  28260-2928**

**Southern Coalition for Social Justice**

003325

Huseby.com

| Date | Type | Reference | | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|--|---------------|-------------|----------|---------|
| | | | 8/26/2016 | | | | |
| 8/5/2016 | Bill | 152348 | | 1,105.00 | 1,105.00 | | 1,105.00 |
| | | | | | Check Amount | | 1,105.00 |

Bank of NC -  Checkin   Job No. 132105                                    1,105.00

# Appendix E

FILED:  September 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-1270 (L)
(5:15-cv-00156-D)
_____

RALEIGH WAKE CITIZENS ASSOCIATION; JANNET B. BARNES;
BEVERLEY S. CLARK; WILLIAM B. CLIFFORD; BRIAN FITZSIMMONS;
GREG FLYNN; DUSTIN MATTHEW INGALLS; AMY T. LEE; ERWIN
PORTMAN; SUSAN PORTMAN; JANE ROGERS; BARBARA
VANDENBERGH; JOHN G. VANDENBERGH; AMYGAYLE L. WOMBLE;
PERRY WOODS

          Plaintiffs - Appellants

v.

WAKE COUNTY BOARD OF ELECTIONS

          Defendant - Appellee

 and

CHAD BAREFOOT, in his official capacity as Senator and primary sponsor of SB
181; PHILLIP E. BERGER, in his official capacity as President Pro Tempore of
the North Carolina Senate; TIM MOORE, in his official capacity as Speaker of the
North Carolina House of Representatives

          Defendants

_____

O R D E R
_____

Costs for these proceedings are taxed and certified in the amount of

$2689.80, as itemized in the accompanying bill of costs. The costs taxed shall be added to this court's mandate in accordance with Fed. R. App. P. 39(d).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

## U.S. COURT OF APPEALS FOR THE FOURTH CIRCUIT BILL OF COSTS FORM

**Directions:** Counsel for a prevailing party seeking costs must file this (or like) form within 14 days after entry of judgment. The docketing fee (if the appellant prevails) of $450 if filed prior to 12/01/13 or $500 if filed after 12/01/13 and the cost of copying formal briefs and appendices are the only costs taxable in the court of appeals. Local Rule 39(a). Enter costs for any docketing fee paid and any briefs or appendices filed and served in the spaces provided. The number of copies required for filing and service can be found in Local Rules 30(b) & 31(d) and Standing Order 14-01.  Any objections to costs must be filed within 14 days (plus 3 days for electronic service) of the bill of costs. Costs are paid directly to the prevailing party or counsel, not to the clerk's office.
**Limit on Brief/Appendix Copy Costs:** (number of pages) x (number of required filing & service copies) x ($.15/ page)

Case Number & Caption: RWCA et al. v. Wake County Bd. of Elections, No. 16-1270, 16-1271, 14-1329

Prevailing Party Requesting Taxation of Costs: Raleigh Wake Citizens Association, et al.

| | | | | |
|---|---|---|---|---|
| **Docketing Fee:** May be claimed by inserting $450 or $500 at right ($5 filing fee must be claimed in district court) | | | | Charge: 1500.00 |
| **Brief filed on:** 05/27/14 | No. of Pages: 115 | x No. of Copies: 10 | x $.15/page | Charge: 172.50 |
| **Brief filed on:** 07/18/14 | No. of Pages: 37 | x No. of Copies: 10 | x $.15/page | Charge: 55.50 |
| **Brief filed on:** 04/19/16 | No. of Pages: 110 | x No. of Copies: 4 | x $.15/page | Charge: 66.00 |
| **Brief filed on:** 04/29/16 | No. of Pages: 39 | x No. of Copies: 4 | x $.15/page | Charge: 23.40 |
| **Appendix filed on:** 05/27/14 | No. of Pages: 100 | x No. of Copies: 10 | x $.15/page | Charge: 150.00 |
| **Appendix filed on:** 04/19/16 | No. of Pages: 1204 | x No. of Copies: 4 | x $.15/page | Charge: 722.40 |
| **TOTAL AMOUNT CLAIMED IN BILL OF COSTS** | | | | $2,689.80 |

1.  If copying was done commercially, I have attached itemized bills. If copying was done in-house, I certify that my standard billing amount is not less than $.15 per copy or, if less, I have reduced the amount charged to the lesser rate.
2.  If costs are sought for or against the United States, I further certify that 28 U.S.C. § 2412 or other statutory authority permits an award of costs in this case.
3.  I declare under penalty of perjury that the foregoing costs are true and correct and were necessarily incurred in this action.

Signature: /s/ Allison J. Riggs          Date:          08/17/16

### Certificate of Service

I certify that on this date I served this document as follows:

This document was served today on all counsel who filed a notice of appearance in Case No. 16-1270 or any of the consolidated cases, via this Court's electronic filing system.

Signature: /s/ Allison J. Riggs          Date:          08/17/16

09/01/2014 PSC/ SCC