**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**Consolidated Civil Action**

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. <br><br>                   Plaintiffs, <br><br> v. <br><br> WAKE COUNTY BOARD OF ELECTIONS, <br><br>                   Defendant. | No. 5:15-cv-156 |

| | |
|---|---|
| CALLA WRIGHT, et al., <br><br>                   Plaintiffs, <br><br> v. <br><br> THE STATE OF NORTH CAROLINA, et al., <br><br>                   Defendants. | No. 5:13-cv-607 |

## MOTION FOR ATTORNEY FEES, EXPERT FEES, AND LITIGATION EXPENSES

All Plaintiffs in this consolidated action, pursuant to 42 U.S.C. § 1988, 52 U.S.C. § 10310(e), and Fed. R. Civ. P. 54, respectfully request that the Court approve Plaintiffs' request for $681,373.95 in attorney fees, $32,813.42 in expert fees, and $14,960.24 in non-taxable litigation expenses.

In support of this Motion, Plaintiffs rely on the Memorandum in Support of Motion for Attorney Fees, Expert Fees, and Litigation Expenses filed herewith; the attached Declarations of Michael Crowell, Anita S. Earls, J. Gerald Hebert, Allison J. Riggs, and Edwin M. Speas; the

July 1, 2016 Opinion of the United States Court of Appeals for the Fourth Circuit, No. 16-1270,

Doc No. 51; and this Court's Order of August 9, 2016, No. 5:15-cv-156, ECF No. 104. These

materials demonstrate that Plaintiffs are prevailing parties in this consolidated action, that

Plaintiffs are entitled to recovery of reasonable attorney's fees, expert fees, and litigation

expenses, and that the fee and expense award Plaintiffs request is reasonable.

Plaintiffs respectfully request that this Court grant their Motion and further order such

relief as the Court deems appropriate.

Respectfully submitted this 23rd day of November, 2016.

/s/ Anita S. Earls_____
Anita S. Earls
N.C. State Bar No. 15597
Allison J. Riggs
N.C. State Bar No. 40028
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
allison@southerncoalition.org

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

       This is to certify that the undersigned has on this day electronically filed the foregoing **Motion for Attorney Fees, Expert Fees, and Litigation Expenses** in the above-titled action with the Clerk of the Court using the CM/ECF system, which on the same date sent notification of the filing to the following:

       Charles F. Marshall
       Matthew B. Tynan
       Jessi Thaller-Moran
       BROOKS, PIERCE, McLENDON,
       HUMPHREY & LEONARD, LLP
       1600 Wells Fargo Capitol Center
       150 Fayetteville St.
       Raleigh, NC 27601
       cmarshall@brookspierce.com

*Counsel for Defendant*

This the 23rd day of November, 2016.

                         */s/ Anita S. Earls*         
                         Anita S. Earls

                         *Counsel for Plaintiffs*