IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Consolidated Civil Action

| | | |
|---|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. | | |
| Plaintiffs, | | |
| v. | | No. 5:15-cv-156 |
| WAKE COUNTY BOARD OF ELECTIONS, | | |
| Defendant. | | |

| | | |
|---|---|---|
| CALLA WRIGHT, et al., | | |
| Plaintiffs, | | |
| v. | | No. 5:13-cv-607 |
| THE STATE OF NORTH CAROLINA, et al., | | |
| Defendants. | | |

### [PROPOSED] ORDER

Upon this Court's thorough review of Plaintiffs' Motion for Attorney Fees, Expert Fees, and Litigation Expenses pursuant to 42 U.S.C. § 1988, 52 U.S.C. § 10310(e), and Fed. R. Civ. P. 54, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

    1.    The Motion is GRANTED;

    2.    Plaintiffs are awarded attorney fees in the amount of $681,373.95;

    3.    Plaintiffs are awarded expert fees in the amount of $32,813.42;

4. Plaintiffs are awarded non-taxable litigation expenses in the amount of $14,960.24.

5. Defendant is accordingly directed to remit a total of $761,961.03 to Plaintiffs within 30 days of the date of this order, with interest accruing at the legal rate thereafter.

It is so ordered.

_____      _____
Date                                                                        The Hon. James C. Dever III
                                                                                  United States District Judge

2

Case 5:15-cv-00156-D   Document 119-6   Filed 11/23/16   Page 2 of 2