IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al.  *Plaintiffs,*  v.  WAKE COUNTY BOARD OF ELECTIONS,  *Defendant.* | No. 5:15-cv-156 |
| CALLA WRIGHT, et al.  *Plaintiffs,*  v.  STATE OF NORTH CAROLINA, et al.  *Defendant.* | No. 5:13-cv-607 |

**JOINT MOTION TO MODIFY BRIEFING SCHEDULE**

Plaintiffs in these actions ("Plaintiffs") and Defendant Wake County Board of Elections ("Defendant"), through counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 6.1, respectfully move this Court for an unopposed extension of time in which to file response and reply briefs regarding Plaintiffs' motions for attorneys' fees and costs.

In support of this Motion, the Parties show the Court the following:

1. On November 23, 2016, Plaintiffs filed their Motion for Attorney Fees, Expert Fees, and Litigation Expenses ("Fees Motion"), Bill of Costs ("Costs Motion"), and memoranda and affidavits in support of each.

1

2. Defendant intends to respond to Plaintiffs' Costs Motion pursuant to Local Rule 54.1.

3. Additionally, pursuant to Federal Rule of Civil Procedure 54(d), Defendant seeks to respond to Plaintiffs' Fees Motion.

4. Plaintiffs intend to reply to Defendant's response.

5. Due to pending matters and the Thanksgiving and Christmas holidays, the Parties request a modified briefing schedule with regard to the Fees Motion and Costs Motion.

6. Accordingly, the Parties request the Court modify the briefing schedule for the Fees Motion and Costs Motion, as follows:

   a. On or before December 21, 2016, Defendant will respond to the Fees Motion and Costs Motion.

   b. On or before January 11, 2016, Plaintiffs will reply to Defendant's response.

Respectfully submitted, this the 30th day of November, 2016.

/s/ Jessica Thaller-Moran
Charles F. Marshall
Matthew B. Tynan
Jessica Thaller-Moran
BROOKS, PIERCE, McLENDON,
 HUMPHREY & LEONARD, L.L.P.
1700 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
(919) 839-0300
cmarshall@brookspierce.com
mtynan@brookspierce.com
jthaller-moran@brookspierce.com
*Counsel for Wake County Board of Elections*

 /s/ Anita S. Earls, by permission
Anita S. Earls
N.C. State Bar No. 15597
Allison J. Riggs
N.C. State Bar No. 40028
Southern Coalition for Social Justice
1415 W. Highway 54, Suite 101
Durham, NC 27707
Telephone: 919-323-3380
Facsimile: 919-323-3942
anita@southerncoalition.org
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and have verified that such filing was sent electronically using the CM/ECF system to the following:

>Anita S. Earls
>Allison Jean Riggs
>Southern Coalition for Social Justice
>1415 West Highway 54, Suite 101
>Durham, NC 27707
>919-323-3380 x115
>Fax: 919-323-3942
>anita@southerncoalition.org
>allison@southerncoalition.org
>*Counsel for Plaintiffs*

>Respectfully Submitted,
>
>/s/ Jessica Thaller-Moran
>Jessica Thaller-Moran