IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| RALEIGH WAKE CITIZENS ASSOCIATION, et al. ) ) ) *Plaintiffs,* ) ) *v.* ) ) WAKE COUNTY BOARD OF ELECTIONS, ) ) *Defendant.* ) ) ) CALLA WRIGHT, et al. ) ) *Plaintiffs,* ) ) *v.* ) ) STATE OF NORTH CAROLINA, et al. ) ) *Defendant.* ) | No. 5:15-cv-156<br><br><br><br><br><br>No. 5:13-cv-607 |

### ORDER ON JOINT MOTION TO MODIFY BRIEFING SCHEDULE

Upon this Court's thorough review of the Joint Motion to Modify Briefing Schedule, and after full consideration of all matters brought before the Court regarding the Motion, for good cause shown it is hereby ordered that:

1. The Motion is GRANTED.

2. The schedule for the parties to submit response and reply briefs regarding the Bill of Costs and Motion for Attorney Fees, Expert Fees, and Litigation Expenses is MODIFIED, as follows:

a. On or before December 21, 2016, Defendant will respond to the Fees Motion and Costs Motion.

b. On or before January 11, 2016, Plaintiffs will reply to Defendant's response.

SO ORDERED. This  1  day of December 2016.

                                               JAMES C. DEVER III
                                               Chief United States District Judge